FILED                    RECEIVED
ENTERED                  _____
          COUNSEL/PARTIES OF RECORD

APR 12 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

1  Gerald R. Lechner
2  1355 Clagett Lane
   Las Vegas, NV 89110
3  702.412.9609

4

5

6       IN THE UNITED STATES DISTRICT COURT
7         FOR THE DISTRICT OF NEVADA

8

9  Gerald R. Lechner        )   Case Number:
10           Plantiff,       )
                             )   2:19-cv-00638-RFB-VCF
11  vs. LVMPD, & CCAC, et Al. )
                             )   COMPLAINT
12         Defendants,       )
13  SHOWCASE MALL VEGAS       )
       MANAGEMENT, LLC owner )
14  MGM RESORTS INTERNATIONAL INC )

15  In persuant of 28 U.S.C.§1331. (The District Courts shall have original
    jurisdiction of all civil actions arising under the Constitution, laws, or
16  treaties of the United States. June 25, 1948, ch. 646, 62 Stat. 930, Pub.
    L.85-554, §1, July 25, 958, 72 Stat. 415; Pub.L. 94-574, §2, Oct. 21,
17  1976, 90 Stat. 2721, Pub.L. 96-486, §2(a), Dec.1, 1980, 94 Stat. 2369.)

18            Complaint
19  Multiple Amendment Violations, Multiple significant
20  procedural & other LAW violations, Defamation of
    Character, Libel, Extensive Threats & Intimidation
21            Demand
22  PREVENTIVE INJUNCTION to protect my person & property,
23  plus significant compensation for destroying my business &
24  property, sanity, safety & financial survival

25

26  Dated: 4-12-19        [signature]
27                        Gerald R. Lechner
                          1355 Clagett Lane
28                        Las Vegas, NV 89110
                          702.412.9609

# TABLE OF CONTENTS

Complaint...................................................Cover page
TABLE OF CONTENTS.............................PAGE 1
SUMMONS IN A CIVIL ACTION................PAGE 2
CIVIL COVER SHEET...............................PAGE 3
STATEMENT OF FACTS.........................PAGE 4-7
CLOSING STATEMENT.............................PAGE 8
DISMISSAL #1...................(EXHIBIT A)...PAGE 9-10
DISMISSAL #2...................(EXHIBIT B)...PAGE 11
DISCOVERY 08.12.17 'altered charge'......
............................................(EXHIBIT C)...PAGE 12-13
DISMISSAL #3 .................(EXHIBIT D)...PAGE 14
BUSINESS LICENSES...... (EXHIBIT E)...PAGE 15
MEMORANDUM OF UNDERSTANDING...
............................................(EXHIBIT F).....PAGE 16-21
MOTION TO HOLD LVMPD/CCAC IN
   CONTEMPT OF COURT (EXHIBIT G)....PAGE 22-24
MOTION TO RECONSIDER ISSUE CONTEMPT
   OF COURT......................(EXHIBIT H)...PAGE 25-27
WEINGARTEN RIGHTS/Union Steward ID
............................................(EXHIBIT I)....PAGE 28
CEASE & DESIST LETTER.......................
............................................(EXHIBIT J)...PAGE 29
UNION LETTER..................(EXHIBIT K)...PAGE 30
EXAMPLES OF DESTROYED ITEMS........
............................................(EXHIBIT L).....PAGE 31
EXHIBIT IN 10.20.17 JUSTICE COURT RULING
   "NO OBSTRUCTION OF SIDEWALK".....
............................................(EXHIBIT M).....PAGE 32
LVMPD/CCAC 'PATTERN OF PRACTICE'..
............................................(EXHIBIT N)....PAGE 33

I, Gerald R. Lechner, being of a sound mind, move in good faith to address the courts in it's records about the malicious prosecution I have been overwhelmed with at the hands of LVMPD & CCAC officers for the prevalent part of 2 years.

I've enclosed exhibits of different dates in which I was injured spiritually, mentally, physically and financially by officers of the LVMPD & CCAC in a pre-meditated/targeted/collusive effort which continued to demonstrate escalating brutality, effectively destroying my licensed & tax-paying business, as well as my ability to lawfully perform to the public. There were many different harassment incidents, but for brevity I'm summizing the major ones (many hours of video evidence available as our team always had multiple digital spy cams on hand).

The noticeably increased harassment started in April & May 2017, when CCAC officers O'Connell & Owensby & McFarland where telling me (and other performers) that it was no longer 'legal' for public performers ('street performers') to be out there unless they have an advertising tag of a licensed business. I own a licensed costume catering company (dba Double Infinity Entertainment/Gerald R. Lechner) as well as an event production & promotion company (dba Double Infinity Ent./Gerald R. Lechner), which are both licensed/registered in applicable municipalities. Therefore, I made 'promotional tage' as the officers requested. However, upon being presented with these tags as they had indicated was now essential, these officers started ridiculing the 'official business endorsing tags', and they increased the harassment telling us there would only be ONE warning & then we would start getting cited and/or arrested.

On or around May 13th, 2017 some of the same officers brutalized a fellow union member 'Reese Waters' one block next to where I was performing & what happened next had me fearing for our/my safety and our lives/livelihood. A fellow 'SonicLaborer's&VisualEntertainerUnion' member (the President of which is: Michael Troy Moore) filmed it & wanted to keep their identity anonymous in fear of further LVMPD/CCAC retaliation. The video shows many officers brutally violating his rights/destroying his property/injecting a tazer into his back which never gets removed during the entire video that shows in graphic details similar excessive and detrimental force was applied to 'Reese Waters' that was applied to a relative of Reese Waters, 'Farmer Tashii Brown' who was murdered at the hands of LVMPD officers on Mothersday 2017 (4 days within Reese Waters brutal beatdown which served as a traumatizing reality-check of what was about to happen to my clients and myself).

On or around June 2nd,2017:  A large contingent of officers surrounded multiple clients of mine & myself, detaining us for the 'alleged crime' of 'obstruction of sidewalk' & 'Doing business without a license'. They forced us to pose for their 'profile-sharing' digital tablets. Every single citation of all my clients cited that day where dropped & not prosecuted. I was singled out as the only person vehemently prosecuted. Court proceedings dragged on until Oct. 20th, 2017, where the honorable judge William D. Jensen of Justice Court dismissed the charges & noted that officers O'Connell and Owensby lied repeatedly under oath. At the inception of this incident, I also attempted to exert my 'Weingarten rights'/'request my union rep be present', asked for their supervisor & presented other legal documents, which were all ignored and laughed at. In one of our videos, the officers swarm 2 clients of mine & told them they were 'doing something illegal & were in trouble', but they took some time to even come up with an excuse of what they would cite them for. They emphasized that we had NO 1st Amendment rights.

June 24th: A large group of officers put our superhero team of public performers in cuffs/zip ties after I presented my union tags/union steward ID/Cease&Desist letter (prepared by the SonicLaborers& VisualEntertainersUnion). These officers stated that we have no right to have a union rep present, that we have no right to request their supervisor & that we didn't "KEEP MOVING" a phantom law they enforce. They also indicated that the 1st Amendment does not apply in a H1 zone. After detaining us in a lengthy manner and publically humiliating us yet again, Officer O'Connell said that the only way we will not go to jail and get released out of cuffs/zip ties is to 'hand over the Union President's (Michael Troy Moore) direct contact phone number after going to great length laughing and berating the performers union and it's members and stating on camera that our union president is stealing our $20/month union dues and we should ditch union participation.

August 12th,2017: While the court procedure of the June 2nd,2017 citation was still in Justice Court, 3 police cars filled with many uniformed officers + 2 detectives barged into the 5th floor of a private parking garage by the name of 'UA SHOWCASE', where I was a subscriber to a monthly parking pass for multiple years & had permission of the private parking garage staff/security/Mgnt. to make costume catering deliveries. They descended upon multiple clients of mine & myself claiming that 'the witness said I was NOT a real business'. I corrected the officer that was 'detaining me' (KOPF) & scrolled through my phone producing license verifications. As soon as I did, he ignored it & put me in zip ties/cuffs. I mentioned to him that there where also printed copies of my multiple business licenses on the dashboard of my 12-pass. vehicle. He asked me multiple times for permission to enter the vehicle, which I repeatedly denied.

He stated multiple times that I was not allowed to go to the vehicle, even under his escort, to show him. They then proceeded to attempt to enter my locked & alarmed vehicle, and removed my keychains from my waist belt while I was restrained. They then entered my vehicle after testing all my car remote buttons. They indicated that I was being arrested under their new 'C-2' ordinance in which they claim that 'all drug dealers/prostitutes/homeless/street performers' will be arrested – period. They grossly intimidated all my clients telling them that I knew that what we were doing was illegal and that I lied to them about being a licensed business. They also told them they could not be caught 'out there' in costumes again, but then informed them that if they stopped renting from me and got their own costume – the officers would look the other way(body-cam video).

They forced me into the backseat of a police car that was filled with a large puddle of what looked and smelled like human urine. Upon my loud protest "You cannot possible expect me to sit in human excrement" – I was force-shoved into the large nasty-smelling puddle. I tried to avoid my hands touching the rancid fluid, but was shoved all the way down with extra force & when my hands touched the fluid I tried to wipe my fingers on the back of my t-shirt (which I still have in a hermetically sealed bag in a vault & I would not be surprised if the DNA will match some of the officers or at the very least a previouse detainee). As I was in the backseat of the vehicle, I observed officers Michael and Kopf discussing what charge to write down on the ticket. They were confused which 'charge' to write me up on. Officer Michael mentioned the only code he could find is 'business in a right-of-way' to which Officer Kopf responded to use that one and make it work.

At no time that day any of my clients or myself where 'mirandized'. Out of the 10+ clients at the location, only myself + one other indivual accused of 'helping me' got hauled to jail while they ransacked & emptied the contents of my vehicle, incl. approx. $50,000.00 in costume/costume accessories/car equipment/high-end mobile phone charger equipment. They destroyed one of my window hinges, threw all my expensive large storage-bins on wheels into the garbage (according to UA showcase security officers) and didn't even secure/lock my vehicle as they said they were required to do. All my installed storage drawers/shelving in the vehicle were trashed.  As I was sitting in the apparent urine soaked backseat, I observed & heard many of my custom costume inventory being thrown/broken/demolished as well as lots of laughter and role-play/cosplay w/ my property(many videos).

When I was processed at the jail, detention officers said that I should not be there for 'obstructing the sidewalk' and asked if the officers were 'NEW' to which I replied "No - the same tan shirt LVMPD cops and green shirt CCAC officers that are a private/commercial police force for the casinos/LVCVA have significantly escalated their level of brutality against me". They did not want to comment on that. But they said "Good news : you got charged under the new C-2 law and we will quickly process you and you will be out in 2 hours". Upon release, the window clerk said "Oh this ticket for 'doing business in a right-of-way' isn't signed....you need to sign it". I said "if I didn't sign it at the location of the alleged infraction, I think that is a procedural mistake by the officers". The window clerk said out loudly "Ok...we have a prisoner not ready to leave...take him back to the cell". This scared me and I signed the ticket under duress. The officer that walked me out said "until you ********* realize that you will keep getting arrested, they are going to keep throwing you in the pattywagon-don't you get it? The casinos don't want you out there and they pay our wages".

In the following weeks, I filed complaints with Internal Affairs & FBI. The IA officers who took statements said there would be a response within a 'couple of weeks', but indicated that 'it could flip' on the reporting party -  intimidating instead of being helpful. At the FBI, agents 'Tony' and 'Scott' said that they had heard of such wrongdoings, but it takes approx. 20 complaints to launch an investigation. When that requirement was met on 09-22-17, an individual ran interference & said that we were misinformed by the other agents and this was NOT their jurisdiction and they would NOT investigate and for us not to bother coming back.

Oct.12th,2017: 8 days before my first court procedure decision, 2 LVMPD Anti-Terrorist officers accosted me at my home at 1355 Clagett Lane, Las Vegas,NV 89110. I was flabergasted by their invasive/intrusive tactics - I did not prevent them from entering my home. They said that I was being accused of stalking cops and following them to their homes and planned to hurt them/harm them. They asked if I had any weapons. I replied 'Maybe if you consider demigod of thunder hammers and Capt. Am. shields as weapons' and pointed at my remaining Superhero simulation weapons collection. I asked them if they were here to illegally confiscate and destroy the remainder of my costumes and stated that I had been so apprehensive about even going to perform on the strip due to their colleagues latent abusiveness and criminal actions against me. And that NEVER in my life would I follow or stalk cops so they could have probable cause to kill me. I knew their invasion to be a continuation of brutal and extreme intimidation and malicious prosecution of myself as a performer union steward/public performer/costume rental company (a licensed and tax paying lawful entity). He offered no verbal reply. They snooped around for a while and I asked for their business cards to document this event. One of them gave me a card, but the other officer refused.

Nov. 2017: 2 yellow shirt bike LVMPD cops harass us multiple times (have video) falsely claiming we cannot accept tips & camped out right next to our superhero team in front of the big green coca-cola world bottle on Las Vegas Blvd. & MGM St. in a very intimidating manner. They pulled out their citation book and started writing on it. They also got on their cb radios to let us know 'reinforcements are on their way'. Usually we would just disappear into the pvt. parking garage to 'avoid the police-brutality' against us, but it was not long after my first court victory against them, where the judge (after 20+ days of research) determined that officers O'Connell and Owensby were lying virtually about everything, and that according to the actual law - we were in the right. So that day, our team decided to 'stand our ground' as we knew for a fact that THEY were violating us & we were the victims of their unlawful 'pattern of practice'. After some time of scary intimidation, they left.

Dec. 13th, 2017: 2 CCAC officers came up super-intimidating (have video), incl. yet again officer Mc Farland. They harassed & escorted off the sidewalk and detained a publically performing magician & each of our team individuals were extremely nervous and scared and we all started moving briskly toward the inside elevators & waited between the elevators and the garage for some time, as we were painfully aware of the possibility they might hunt us down into the private UA Showcase parking garage AGAIN. After waiting a while, we went quickly into the parking garage, dressed down in record speed & left, after 2 of us went downstairs & saw Police cars by the South entrance, so we 'escaped' via the Las Vegas Blvd. exit. After that, we were all significantly shaken & came out less frequently & as soon as anyone would yell 'Metro' or 'CCAC' we would move as quickly as we could off the public sidewalk & prayed they would not apprehend us again for no valid reason.

Dec.14th, 2017: This was the day of my court date for my false arrest from Aug.12th, 2017. They had scheduled the court date over 4 months out (eventhough other public performers get court dates 3 weeks within getting cited). I had multiple volunteers who accompanied me to the court in order to witness this inexplicable court proceeding. However my name was not even on the docket. I was told to contact the D.A. office, who told me that I need to keep calling back every week until one year + 1 day from the original date of citation/arrest have passed. They did not file actual charges until 7 days after my first of 2 motions which I filed in Justice Court requesting to hold CCAC and LVMPD in contempt of court. There were 2 charges on the court papers: #1: 'doing business in a right-of-way' (which makes no sense since I was on the 5th floor of a parking garage & there is no public easement to use that parking garage & they had no criminal warrant). #2: Marketing trademarked goods/less than 100 quantity (which took up the biggest part of the court document page, but was redacted 'DENIED' by the D.A. office).

After the charges were filed, I made multiple attempts to get 'discovery' , but was stonewalled by the D.A. office until I had attorney Valerie del Grosso represent me. Then, the body-cam footage and all other discovery was promptly delivered. Footnote: Despite her redundant conveyance that this case was as close to a 'slam-dunk' as she had seen in her 10-year career, she suddenly 'changed her mind' citing multiple reasons all at once why it was going to be suddenly challenging to help me get relief with an injunction & federal lawsuit.

Feb.3rd, 2016: At the end of a Performers Union protest as an outcry against LVMPD and CCAC 'criminally and civilly unfair actions', covered by FOX5 news & filmmakers of 'What Happened In Vegas' & 'Vegas Wrong', a few minutes after the cameras left while I was holding 2 protest signs, approx. 10 or 12 LMVPD tan shirt and CCAC green shirt officers surrounded our superhero team (@L.V.Blvd&MGM St.).

I reached for my phone to film – but they grabbed my phone & put us in restraints (causing deep welts and scratches on my arms). They claimed they had been watching for 30+ minutes & had video and photo evidence that 'we obstructed many people', which was not possible as we had just arrived a few minutes before they surrounded us. O'Connell yanked my spy-cam off my wrist & crushed it by stepping on it. We were under arrest for 'obstruction of sidewalk'. They did not marandize any of us, and denied the request for my union rep to be present and my plea to contact their supervisor. I told them I had court & county law evidence that our public performance was lawful & their actions were unlawful. They took the court papers out of my pocket & laughed expletively. O'Connell threw the court document (Justice Court ruling by the honorable William D. Jansen 'Lechner vs. State of NV' Oct. 20th,2017) on the ground yelling that this judge doesn't ******** know what he's talking about and that all street performers will start having to go to a new court – Joe Boneventure's court & that we will all be found guilty. That's OUR guy! he emphasized. And he repeated that we will keep going to jail hahahaah". I requested the body-cam footage but was denied.

O'Connell also got in my face & stated "That's what you get! We are monetoring your facebook page – you talk **** about us – not so tough now? hahahaah". The officers dragged us all approx. 100 yards way back to the MGM security parking lot, which was completely cleared out for this 'fake bust'. Usually there are on-duty MGM security staff/limousines/executive cars/security co. vehicles there. Under O'Connell and McFarland's apparent lead & the most vocal leader of LVMPD tan shirts was a name that I recall being close to 'Maggliani' – tracked down my other rental clients and detained them. They said they will go to jail unless they wrote down an incriminating statement about me. Under duress, they wrote statements re:process and location and cost of the rentals. As there was nothing bad or incriminating to write down about me, they hoped their compliance in writing statements would suffice.

The officers let them go but cautioned them to not be 'caught in costume on the sidewalks again'. The officers paid special attention to my fellow superhero group clients & pulled them accross the parking lot One by One, offering them the same 'deal' : write a statement about me & they will tear up the ticket & not lock them up. 2 of my clients were quite fearful as they had active warrants but were also offered the same 'deal' & were coerced to write down a statement about me in exchange for their freedom & the rescinding of the ticket. They jammed my precious oversize costumes into their sm. police cruiser trunks. As soon as I started realizing that I would be the ONLY one left with this large group of officers & I started overhearing them saying things like "Yeah – that's the guy we want" and "He is the only one we're gonna arrest" I spoke loudly so all my clients could hear me "Please film & post on my facebook JERRY VEGAS - they are gonna kill me this time, they're going to kill me" and Officer O'Connell responded by making a funny face and laughing out loud "Whatever would give you that idea hahaahahah" and he winked at me / eye brow raised.

They transferred me into 3 different vehicles and CCAC HQ, where they put me into a room w/ one hand tightly cuffed to a table. I heard them laughing loudly and profusely and when I said the cuffs were giving me welts and bruises from being too tight, McFarland came in and intimidated me some more. The 3rd and last vehicle was a large detention van that had 2 sides to it. I was the only detainee in it. 2 officers were in the front. They drove me to a dark empty parking lot and pulled up alongside a large commercial dumpster by 3770 Howard Hughes Dr. (by Paradise Rd.) I wanted to be driven to CCDC as it was so scary to be in a dark lot where nobody was around. They cynically said "Gerald - don't worry - we are just waiting for somebody - they will be here soon". We were in that abandoned parking lot approx. 45 to 90 minutes. It was not until I started talking louder and repeated insisting on bathroom access (I really was fearing for my life) "Do you expect me to pee my pants – I REALLY have to go to the bathroom NOW". They finally drove me to the CCDC. It was approx. 6 full hours from when they handcuffed me to when I arrived at the jail.

Their attorneys used this false arrest as their basis of defense against my 1st motion to hold them in contempt of court, a hearing in which judicial and prosecutorial conduct included endless confusion as the judge said she was not going to rule on this and pointed me to Federal Court. Later, I received a defense motion in my mail box indicating it's dismissal. Soon thereafter, I received a letter from the D.A. that for this Feb. 3rd, 2016 arrest and citation – charges would have no prosecution rendered.

UA Showcase disabled my monthly parking pass right after this 02.03.16 incident.

Closing statement: Growing up in 70's and 80's Austria in a sm. village of 200 ppl, my dream was to come to the 'Land of the Free and Home of the Brave'. At 17 years old, while attending an advanced branch of schooling I learned piano and 5 languages + worked 3 jobs to raise the $2K fee for an international student exchange program – challengeng coming from utmost poverty.

Placed at Curtis HS in 1989 in Tacoma,WA for my senior year w/ an amazing Host family (the 'Schimmels'), making honor roll – I was on my exhilarating path of excelling scholastically & in my 1st year of college at TCC was nominated for 'English student of the year', despite English being my 3rd language. So grateful for opportunities, I studied 'Liberal Arts' at the UW. It took many years to get work permits and gain citizenship. I lived in Tacoma,WA for over 20 years in a responsible/lawful manner, never accruing a criminal record.

In 2012 I relocated to Las Vegas, where my life was turned upside down, like I've been living out of a suitcase – citations, arrests, destruction of recording devices, force-sat in what appeared to be human urine, confiscation and destruction of my best costume inventory, court date after court date just to defend myself for NOT DOING ANYTHING UNLAWFUL.

Nevertheless, I'm deprived of the opportunity to make a lawful living. I had to sell 3 of my 4 vehicles just to pay mtg./rent. I sold much of my remaining inventory (incl. 'one of a kinds') to pay bills. My real estate property went into pre-foreclosure & I almost lost my Vegas rental multiple times. I was forced to default on everything that is not life-essential. These officers were successful in their outlandish intimidation and law-breaking tactics that I AM TRULY SCARED FOR MY LIFE, and too apprehensive to go out lawfully performing on the strip and putting myself & rental clients at the mercy of these mercinary cops until I have an Injunction.

Please! I need to be able to go out in public and lawfully perform under my 1st Amendment rights.

LVMPD & CCAC are in defiance of county laws & agreements (Memorandum Of Understanding), as well as 'Lechner vs. State of NV' 10-20-17 (The honorable William D. Jansen wrote this at the end of my 1st of 3 cases:"The Court notes that the body-camera footage includes several troubling statements from the LVMPD officers who indicated the existence of a "zero tolerance" policy for street performers on the Strip. These officers also incorrectly suggested that stationary street performers are only allowed on Fremont St. and that st.perf. on the Strip are required to "keep walking" continuously in order to avoid being cited. The Court commends Defendant for the polite manner in which he attempted to preserve & clarify his 1stAmend. rights during the video footage observed by the Court").

They lie and enforce phantom laws & increase their brutality while KNOWING they are the ones breaking the law. I'm currently frantically trying to liquidate my real estate property to survive.

The life adjustments I was forced to make as a direct result of LVMPD/CCAC officers destroying my ability to earn a living and ruining my business reputation with lavish lies – are mindboggling & since my credit dropped from close to 700 to the 400's, loans or financing anything is impossible.

It took me close to 5 years to build my business, but took these officers less than 2 years to virtually 'wipe it out'. I pursued as many legal resources as I could find, incl. filing 2 motions to hold them in contempt of court, contacting over 50 media outlets, contacted every constitutional law professor at UNLV & finding 2 attorneys that agreed to prepresent me, but later mysteriously vanished (via carrot or stick?). Complaints at Internal Affairs turned into a 'watch my back even more - for reporting bad cops' challenge & there's not enough space on these pages to convey the strangest of developments with reporting it to FBI HQ. Stonewalled EVERYWHERE! It is challenging to say the least to get 'justice' in this very tricky municipality – I beg you for an injunction so I can piece my life back together.

Without the ability to lawfully perform as an Elvis & Wolverine tribute artist & provide rental clients with a higher quality/lower cost alternative as I still have residual inventory – things look bleak.

After over 380 days & 20 days respectively, I received my property back w/ many items missing or destroyed. Some of my last life-savings I spent on full video surveillance of home/car & always wear spy cams as that is the only sliver of theoretical protection.

I request a letter of Rogatory: What was the mensrea of my actions to give officers probable cause of criminal intent ? (Now since I filed this–I need to fear for my safety/life more than ever? The Absurdity!)

JUSTICE COURT, LAS VEGAS TOWNSHIP

CLARK COUNTY, NEVADA

THE STATE OF NEVADA,

    Plaintiff,

vs.

GERALD LECHNER,

    Defendant.

Case No.: 17M-13486X
Dept. No.: 7

ORDER

This matter, having come before the Court for trial on September 25, 2017, and the Court being fully advised of the premises herein, does hereby find the following:

### FINDINGS OF FACT AND CONCLUSIONS OF LAW

On June 2, 2017, Gerald Lechner (hereinafter "Defendant") received a citation for "OBSTRUCTIVE USE OF PUBLIC SIDEWALK." The citation alleges that Defendant "did obstruct, block, hinder, or interfere with pedestrian access on any public sidewalk in the resort corridor, which resulted in a threat or degradation to the safety of the pedestrians."

On September 25, 2017, the Court presided over the trial in this matter. The testimony of each witness is summarized below.

I. Witnesses for the Prosecution

  A. Christopher O'Connell

    1. Direct Examination

Officer Christopher O'Connell is employed by the Las Vegas Metropolitan Police Department (LVMPD).

-1-

use" had been shown, Section 16.11.040 still would have required that "obstructive use" to have occurred "[o]n or within any section of the public sidewalk which has been determined to have an average LOS of C or below, during the hours at which LOS declines below LOS C." As the Court stated above, no evidence was presented to show that Defendant's sidewalk area had been determined to have an average LOS of C or below, and no evidence was presented to show that the time of Defendant's citation was a time "at which LOS declines below LOS C." Although these evidentiary requirements may be burdensome, the State cannot simply ignore these requirements and read them out of the ordinance.

Based upon the above analysis relating to the ordinance, and based upon the fact that the State stipulated to the admission of the LVMPD body-camera footage which only showed a small crowd of people at any given time with no reasonable potential for actual obstruction, the Court finds that the State has not shown beyond a reasonable doubt that Defendant should be convicted of the misdemeanor penalty under Section 16.11.090.

### ORDER

Pursuant to the statements of fact and the arguments of law submitted, it is hereby ordered, adjudged, and decreed that the citation against Defendant is **dismissed**.[8]

Dated this __20__ day of __OCT._____, 20 _17_ .

_William D. Jansen_

**Justice of the Peace Tempore William Jansen**

---

[8] The Court notes that the body-camera footage includes several troubling statements from the LVMPD officers who indicated the existence of a "zero tolerance" policy for street performers on the Strip. These officers also incorrectly suggested that stationary street performers are only allowed on Fremont Street and that street performers on the Strip are required to "keep walking" continuously in order to avoid being cited. The Court commends Defendant for the polite manner in which he attempted to preserve and clarify his First-Amendment rights during the video footage observed by the Court.

# Justice Court, Las Vegas Township
## Clark County, Nevada

Department: 11

**Court Minutes**



L009842456

**17M20112X** **State of Nevada vs. Lechner, Gerald** Lead Atty: Valerie Del Grosso, ESQ

8/22/2018 9:00:00 AM **Bench Trial (No bail posted)**

Result: Matter Heard

| PARTIES PRESENT: | State Of Nevada | Scarborough, Michael |
| --- | --- | --- |
| | Attorney | DelGrosso, Valerie L |
| | Defendant | Lechner, Gerald |
| Judge: | Goodman, Eric | |
| Court Reporter: | Smith, Patsy | |
| Court Clerk: | Shelton, Tamika | |

*(handwritten)* Records
MLK & Alto

---

### PROCEEDINGS

Events: **Motion to Dismiss**
*by State – motion granted*

**Motion**
*by Defense to return property – no objection to said motion by State – motion granted*

**Comment**
*Court orders property returned. Defense to send order to Chambers if there are further issues.*

**Judgment Entered**

**Motion**
*by Defense to suppress evidence – motion moot.*

**Case Closed – Dismissed State Not Proceeding**

Plea/Disp: **001: Unlawful to conduct business in public right of way [58017]**
Disposition: Dismissed – State Not Proceeding (Nolle Prosequi)

**002: Mkt false t-mrk goods, < 100 units / < $1K [50477]**
Disposition: Dismissed – State Not Proceeding (Nolle Prosequi)

---

*(handwritten notes covering lower portion of page)*

:45pm NOT RELEASED ② badge# 4405
08-27-18 : Sma
5 PM close → release
1-2 hrs ahead for us
18-23-18 : 2 — Rachel
(evidence vault) 446#
confusing & in circles into
— need to wait longer
2 day/limited? 18-22-18 : 2327pm Diane 10217
ex 1-6456 03:26 pm
702-828-6456 Diana # 8
3284

4:50 pm left msg w/ Reyhan Peek
"Why no $$$ release?
8-28-18 : Sandi / technician
— starts
to pull
inventory
8-28-18 : 4:20 pm Sma says READY
12:59
8-28-18 : 4:20 pm Sma says READY

CERTIFIED COPY
The document to which this certificate is attached is a full, true and correct copy of the original on file and of record in Justice Court of Las Vegas township, in and for the County of Clark, state of Nevada.
By: FSC Deputy
Date: AUG 22 2018

**Las Vegas Justice Court: Department 2**
LVJC_RW_Criminal_MinuteOrderByEventCode

Case 17M20112X Prepared By: sorir
8/22/2018 9:54 AM

*(handwritten)* R 179277 Ha lvmpd Event # 1708123197

RELLIN 4133
282996

**State of Nevada**
**CLARK COUNTY**
Las Vegas Metropolitan Police Department

□ City of _____ Municipal Court of ___
■ In the Justice Court of Clark County
Court Case # __ ITM2012 __

□ Adult  ☑ Juvenile

COURT

Event #: 170812 - 3197
ID #: 282996

TRAFFIC/MISDEMEANOR CITATION/COMPLAINT

□ Traffic  □ Accident    □ School Zone    □ Hazmat
□ Non-Traffic  Meter #    □ Construction Zone    □ S.T.E.P.
□ Parking

□ Urban    □ Rural

□ Injuries  □ Crime Report
□ Officer's Report
□ Evidence Logged  ☑ Arrest

Travel Direction: □ N □ S □ E □ W   Beat/Area: M 3   Mile Marker:

□ Aircraft Clock Number:
□ Radar  □ Other
Explain:

At Location: 3785 S. LAS VEGAS BLVD. LVNV 89109

Violation Date: 8-12-17  Time: 2052   Issue Date: 8-12-17  Time: 2147

Day Code: ☑1 □2 □3 □4 □5 ☑6 □7   Had Been Drinking: □ Yes ☑ No □ Unknown
Defendant Type: □ Driver □ Passenger ☑ Pedestrian   Test Type: □ PBT □ Blood □ Breath □ UA
□ Other Explain:                                    □ Drugs Suspected    Results:        %

THE UNDERSIGNED CERTIFIES AND SAYS THAT IN THE STATE OF NEVADA

NAME (Last, First, Middle): REICHNER, GERALD

Address: REDACTED   □ Physical □ Mailing   City: LAS VEGAS NV 89110   SM: 3
DOB: REDACTED   Race: W   Sex: M   Height: 5 0   Weight: 200   Hair: BLO   Eyes: HAZ
OLN / ID: REDACTED   □ CDL  State: NV   □ M   Expiration:   Restrictions:   Endorsements:
Vehicle has current proof of insurance? □ Yes □ No   Expiration Date of Insurance Card:

DID OPERATE THE FOLLOWING VEHICLE/MOTOR VEHICLE AT THE ABOVE LISTED LOCATION:

□ Commercial Vehicle   US DOT #:   VIN #:
□ 16+ Pass Vehicle
Vehicle License:   US State:   Expiration:   Year:   Make:   Model:   Type:   Color:
Reg. Owner:   □ Same   Address:

DID THEN AND THERE COMMIT THE FOLLOWING OFFENSE(S):

Violation: DOING BUSINESS W/O LICENSE  $???
Posted Speed:   Actual Speed:   Cited Speed:   □ NRS ☑ CFR ☑ County Code □ Municipal Code
To Wit: DID ENGAGE IN   NRS/County/City # 6.04.130
BUSINESS BY RENTING OUT COSTUMES
WITHOUT HAVING THE APPROPRIATE
PERMIT OR LICENSE AT 3785 LAS VEGAS BLVD.

Violation: DID [DENIED]   □ NRS □ CFR ☑ County Code □ Municipal Code
To Wit: DID   □ NRS □ CFR ☑ County Code □ Municipal Code
COSTUMES   W/OUT   NRS/County/City # 205.210-1
AUTHORITY OF PERSON, CORPORATION, ASSOCIATION
OR UNION AT 3785 S. LAS VEGAS BLVD.

I certify (or declare) under penalty of perjury, that I have reasonable grounds/probable cause to believe and do believe that above named person committed the above offense(s) is contrary to law.

Officer/Complainant PRINTED name:   Officer/Complainant Signature:   P#:   Bureau:

Las Vegas    Las Vegas    Henderson    North Las Vegas    Henderson    Boulder City
Municipal Court    Justice Court    Justice    Justice Court    Municipal Court    Municipal Court

Township/Jurisdiction:   Mandatory:   Phone:

You are hereby ordered to appear on 14 day of DEC 2014 at 0800
To answer the above charge(s).

WITHOUT ADMITTING HAVING COMMITTED THE ABOVE OFFENSES, I HEREBY PROMISE TO RESPOND AS DIRECTED ON THIS NOTICE
AND WAIVE MY RIGHT TO BE TAKEN IMMEDIATELY BEFORE A MAGISTRATE (NRS 484.799 AND NRS 484.803)

Defendant
Signature X   Phone:   □ Interpreter Needed?   LANGUAGE:

see reverse: Failure to comply with this complaint or future dates relating to this complaint will constitute a separate offense.

(815) Friedrichshausen, Germany

BC available

## ARREST REPORT/NOTES FOR TESTIFYING IN COURT

On all misdemeanor offenses, other than traffic and misdemeanor citations issued on citizens arrests, an arrest report must be hand printed in the spaces provided for below. This report must contain a sufficient amount of information to establish the corpus delicti, and physical evidence, witnesses, and any specific acts of defendant which increased the seriousness of the offense.

ON 8-12-17 AT APPROXIMATELY 1858 Hrs I, OFFICER KOPF P#14834, OFFICER A. MICHAEL O'PRANTULS ASSIGNED PATROL UNIT 3M92 ALONG WITH PLAIN CLOTHES OFFICERS L. LARSON 15366 AND C. CHAMBLISS P#1533C, OBSERVED A WHITE MALE, LATER ID'D AS LECHNER, GERALD DOB 9-30-1969, PASSING OUT COSTUMES IN EXCHANGE FOR CUSTOMERS ID'S. THE COSTUMES INCLUDED SPIDERMAN, CAPTAIN AMERICA AND BLACK PANTHER.

UPON CONTACT LECHNER WAS UNABLE TO PRODUCE LICENSING NOR PROVE HIS LICENSE. LECHNER DID NOT HAVE WRITTEN CONSENT BY MARVEL TO RENT OR MARKET COPY RIGHTED MERCHANDISE.

DUE TO THE FACT LECHNER WAS CONDUCTING BUSINESS ON THE 5TH FLOOR OF THE PARKING GARAGE, LECHNER WAS CITED FOR CONDUCT BUSINESS W/O LICENSE. DUE TO FACT LECHNER WAS DISTRIBUTING COPY LIGHT MATERIALS W/O WRITTEN CONSENT, LECHNER WAS CITED

**EVIDENCE:** ☑ Yes ☐ No  **LOCATION:** 3725 S. LAS VEGAS BLVD
**WITNESSES:** (include addresses and phone numbers)
FOR MARKETING TRADEMARK GOODS.

JUVENILE | ☐ Yes ☐ No | Parent/Guardian Name | Address
PARENTS NOTIFIED | ☐ Yes ☐ No |
(RPT 2-15)

# CLARK COUNTY
## OFFICE OF THE DISTRICT ATTORNEY
### Criminal Division

#### STEVEN B. WOLFSON
District Attorney

200 Lewis Avenue ● Las Vegas, NV 89101 ● 702-671-2500 ● Fax: 702-455-2294 ● TDD: 702-385-7486

| MARY-ANNE MILLER | CHRISTOPHER LALLI | ROBERT DASKAS | JEFFREY WITTHUN |
|---|---|---|---|
| County Counsel | Assistant District Attorney | Assistant District Attorney | Director D.A. Family Support |

DATE 03/29/2018

LECHER, GERALD
1355 CLARITY
LAS VEGAS, NV 89110

YOU WERE ARRESTED ON OR ABOUT 02/03/2018, WHICH RESULTED IN THE FOLLOWING CHARGES BEING SENT TO THE DISTRICT ATTORNEY'S OFFICE FOR CONSIDERATION:

- OBSTRUCTIVE USE OF PUB SIDEWALK
- SOLICIT/PEDDLE/CANVAS W/O VALID PERMIT/WORK CARD

THIS LETTER IS TO INFORM YOU THAT OUR OFFICE HAS DETERMINED NOT TO FILE FORMAL CHARGES AGAINST YOU AT THIS TIME. IF BAIL WAS POSTED TO THE COURT (NOT BAIL BONDSMEN), IT WILL BE RETURNED TO YOU, OR TO THE PERSON WHO POSTED IT, BY THE COURT.

PLEASE BE ADVISED THAT WE RETAIN THE RIGHT TO FILE THESE CHARGES AT A LATER TIME IF FACTS AND CIRCUMSTANCES WARRANT IT.

STEVEN B. WOLFSON
DISTRICT ATTORNEY

D.A. FILE NO: 18N62799X

---

*Handwritten annotations:*

2 days DELAY #-F

8-5 (402) 3281 Tech..? court 3473 89101

5/7/18 3:55 pm — said ... her sergeant (?) signed off he now was not ... She will ask Thursday check email out 6/10/18

✗ ← 5-2-18 ≤ 9:47 am left mssg - no reply repeat calls 5/11/18 cell locks w/two person

left 2 msgs 3:55pm 4-11-18

Exhibit D

Investigator Special James Wilson Sun — Wed 6am-4pm

Delexime ... Juneau 702-828-3381

2^30 pm cell ... videos ...18 702-828-3381

CCAC/Detective 702-828-6930

evidence vault Wed 04-11-18 1:39 video on cellphone

officer McKormik



# NEVADA STATE BUSINESS LICENSE
## Sole Proprietor
## Gerald R Lechner

Double Infinity Entertainment

**Nevada Business Identification #NV20121637065**

# BUSINESS LICENSE
## City of Las Vegas • Las Vegas, Nevada

IN ACCORDANCE WITH THE PROVISIONS OF THE LAS VEGAS MUNICIPAL CODE, AS AMENDED, LICENSE IS HEREBY GRANTED TO OPERATE THE BUSINESS REFERENCED BELOW.

# CONDITIONAL LICENSE

LICENSE #: P26-00418                         RENEWAL DATE: 04/01/2017

PLEASE NOTE: Clark County Code 6.04.090(I) The director and any other officers designated by the director shall have the power and authority to enter any store, building or place in which any business is being conducted or carried on at any time during the

# CLARK COUNTY BUSINESS LICENSE

LICENSE NUMBER:       2004598-081-102

LICENSE PERIOD:       08/17/2017 - 10/31/2017

## POST IN A CONSPICUOUS PLACE AT THE BUSINESS LOCATION

ISSUED TO:
Double Infinity Ent.
1355 Clagett Ln
Las Vegas, NV 89110

BUSINESS LOCATION ADDRESS:

1355 Clagett Ln
Las Vegas, NV 89110

| | |
|---|---|
| 1 | ALLEN LICHTENSTEIN, NV BAR 03992<br>MARGARET A. MCLETCHIE, NV BAR 10931 |
| 2 | LEE B. ROWLAND, NV BAR 10209<br>JUDY C. COX, NV BAR 11093 |
| 3 | AMERICAN CIVIL LIBERTIES UNION OF NEVADA<br>732 S. 6th St. Suite 200A |
| 4 | Las Vegas, NV 89101<br>Telephone 702-366-1536 |
| 5 | Facsimile 702-366-1331 |

6

7                          UNITED STATES DISTRICT COURT

8                               DISTRICT OF NEVADA

| | | |
|---|---|---|
| 9 | Suzette Banasik, and William Jablonski, | Case No. 2:09-cv-1242 |
| 10 | Plaintiffs, | |
| 11 | v. | |
| 12 | Clark County, Nevada; David Roger (in his official capacity as District Attorney for Clark County); Las | INTERIM STIPULATED<br>MEMORANDUM OF<br>UNDERSTANDING |
| 13 | Vegas Metropolitan Police Department; Sheriff Douglas Gillespie (individually and in his official capacity as | |
| 14 | Sheriff of the Las Vegas Metropolitan Police Department); Captain Charles Hank (individually and in | |
| 15 | his official capacity as Bureau Commander for the | |
| 16 | Convention Center Area Command); Las Vegas Metropolitan Police Department Officers Contreras | |
| 17 | (Badge 9316), Goris (Badge 7520), Flannigan (Badge 3510), Anderson (Badge 6196); and (in their individual | |
| 18 | capacities); and Catherine Cortez Masto (in her official capacity as Attorney General of Nevada). | |
| 19 | | |
| 20 | Defendants. | |

21

22                  Interim Stipulated Memorandum of Understanding

23            The above named parties, by and through their attorneys of record, having met on

24    September 22, 2009 to discuss an interim stipulated agreement and the possibility of settlement,

25    as required by Rule 26 of the Federal Rules of Civil Procedure, have come to the following

26    agreement.

27    I.   Without admitting or denying any claims stated in Plaintiffs' Amended Complaint and

28

1    without admitting fault or waiving any claims, counterclaims, defenses, or arguments, the

2    parties agree that:

3    1.  The sidewalks and pedestrian bridges along Las Vegas Boulevard ("the Strip") constitute

4        a traditional public forum for First Amendment purposes. See *Venetian Casino Resort,*

5        *L.L.C. v. Local Joint Executive Bd. of Las Vegas,* 257 F.3d 937, 943 (9th Cir. 2001).

6

7    2.  A "street performer" is a member of the general public who engages in any performing

8        art or the playing of any musical instrument, singing or vocalizing, with or without

9        musical accompaniment, and whose performance is not an official part of a sponsored

10       event. *See e.g., Berger v. City of Seattle et. al.,* 569 F.3d 1029, 1036 (9th Cir. 2009).

11       "Street performing" is the act of engaging in performing art or the playing of any musical

12       instrument, singing or vocalizing, with or without musical accompaniment.

13

14   3.  The Ninth Circuit Court of Appeals has determined that street performing is expressive

15       speech or expressive conduct protected under the First Amendment. *See Berger v. City of*

16       *Seattle et. al.,* 569 F.3d 1029 (9th Cir. 2009).

17   4.  Street performing, including the acceptance of unsolicited tips and the non-coercive

18       solicitation of tips, is not a *per se* violation of any of the codes or statutes being

19       challenged in this action.

20

21   5.  Street performers who are legitimately in violation of a county code, state statute, or other

22       law of general applicability are not immune from prosecution simply because they are

23       street performers.

24   6.  The entirety of Chapter 6 of the Clark County Code, the business licensing codes, as

25       written, is inapplicable to the act of street performing.

26

27   7.  Counsel for Defendant Clark County will propose amendments to the challenged County

28       codes as detailed below for consideration by the County Commission.

8. By stipulating to this Memorandum of Understanding both parties have avoided actual argument on the probability of success or failure of the merits of Plaintiffs' claims and Defendants' defenses, thereby conserving judicial time and effort.

II. Based on the forgoing, the parties hereby stipulate that:

1. During the pendency of litigation in this action, counsel for Clark County and counsel for the ACLU of Nevada will pursue possible amendments, revisions, or notations to the following Clark County Codes:

   a. Clark County Code 11.04.020 (public nuisance/obscenity).

   b. Clark County Code 12.32.020(d) (begging/soliciting alms).

   c. Clark County Code 12.33.010(c) (disorderly conduct).

   d. Clark County Code 16.11.070 (storing material on a public sidewalk).

2. During the pendency of litigation in this action, Counsel for Clark County and DA David Roger agree to forebear prosecution against people for engaging in street performing..

3. During the pendency of litigation in this action, counsel for the Attorney General's Office agrees that the activity of street performing is not a per se violation of N.R.S. 202.450(3) and that the state will forebear enforcement of N.R.S. 202.450(3) against street performers.

4. During the pendency of litigation in this action, given that the parties are negotiating possible amendments to the provisions, the Las Vegas Metropolitan Police Department, including the Sheriff and all officers, agrees that it shall not issue a citation to, or effect an arrest of, a person solely based upon the person(s) being a "street performer" or engaged in "street performing"(as defined in Sec. I, ¶ 2 of this Agreement) or to otherwise criminalize "street performing," including issuing citations and/or arresting persons for the following codes and/or statutes solely for engaging in street performing

Case 2:19-cv-00363-RFB-MDC Document 1 Filed 04/22/19 Page 18 of 32
Case 2:09-cv-01242-LDG-GWF Document 45 Filed 02/04/10 Page 4 of 6

Page
19

and/or being street performers:

    a. Clark County Code 11.04.020 (public nuisance/obscenities).

    b. Clark County Code 12.32.020(d) (begging/soliciting alms).

    c. Clark County Code 12.33.010(c) (disorderly conduct).

    d. Clark County Code 16.11.020 (obstructing a public sidewalk).

    e. Clark County Code 16.11.070 (storing materials on a public sidewalk).

    f. Nevada Revised Statute 202.450(3) (public nuisance).

    g. Clark County Code Chapter 6 (business licenses).

5. All parties understand that street performers who are legitimately in violation of a County code, State statute, or other law of general applicability for criminal conduct are not immune from prosecution simply because they are street performers and paragraph 4 *surpa* does not limit LVMPD or any of its officers from properly enforcing Codes, statutes and/or governing laws for people who actually violate said laws, by actions other than simply being a street performer. However, the act of street performing in and of itself does not constitute a violation of any code or statute. Thus, for example, street performers cannot be required to obtain a business license to perform in public spaces, even if people give them unsolicited tips. Furthermore, temporarily setting an item next to the street performer, while s/he is performing, is not a *per se* violation of Clark County Code 16.11.070 (storing materials on a public sidewalk). However, a street performer who causes an actual obstruction of the sidewalk, as defined in Clark County Code 16.11.020(e)(1), may be cited, detained and/or arrested for obstructing.

6. In the event that any party believes that another party has failed to comply with the terms of this Stipulation, the complaining party shall inform the other party in writing of the specific grounds upon which non-compliance is alleged. Such written notification shall

include a statement of fact sufficient to identify the unintended result or ambiguous interpretation. Upon receipt of said notice, the parties shall have 10 days to make a good faith effort to meet, either in person or via telephone, to negotiate a resolution to the problem. If the parties cannot reach an agreement within 7 days of the aforementioned meeting, the issue may then be submitted to the Court.

7. This Interim Memorandum, along with any exhibits, appendices, addendums, and amendments hereto, encompasses the entire agreement of the parties as it relates to the Interim Memorandum, and supersedes all previous understandings and agreements between the parties, whether oral or written. The parties hereby acknowledge and represent, that said parties have not relied on any representation, assertion, guarantee, warranty, collateral contract or other assurance, except those set out in this Interim Memorandum, made by or on behalf of any other party or any other person or entity whatsoever, prior to the execution of this Interim Memorandum. This Interim Memorandum may only be amended by a written document duly executed by all parties.

8. It is the intention of the parties that, pursuant to the amendments of the above-referenced Clark County Codes, in a form agreeable to all parties, that the parties shall enter into a permanent agreement resolving all causes of action set forth in Plaintiffs' Complaint with each party to bear its own attorney fees and costs.

9. This Memorandum shall remain in effect during the time the proposed amendments to the aforementioned Codes are being drafted, discussed, and revised, presented to the County Commission, and until such time as the County Commission approves the proposed revisions to the Code(s). In the event the Code(s) are not approved by the County Commission within 120 days, and the parties continue, in good faith, to draft and discuss revisions to the Code(s) this Memorandum will automatically renew for a period of 60

1   days or until such time as the parties reach a final agreement or, alternatively, terminate

2   efforts to present revised Code(s) to the County Commission.

3   Dated this 27th day of January, 2010

4
           /s/                                              /s/
5   Allen Lichtenstein                         Robert Gower
6   Nevada Bar No. 3992                        Nevada Bar No. 1868
    Margaret A. McLetchie                      500 S.Grand Central Parkway
7   Nevada Bar No. 10931                       Las Vegas, NV 89106
    Lee B. Rowland                             Telephone (702) 455-4761
8   Nevada Bar No. 10209                       Fax (702)382-5178
    Judy Carol Cox                             Robert.Gower@ccdanv.com
9   Nevada Bar No. 11093                       *Attorney for Clark County, Nevada*
    **ACLU OF NEVADA**                         *and District Attorney David Roger.*
10  732 South Sixth Street, Ste 200A
11  Las Vegas, NV 89101
    Telephone (702) 366-1902
12  Fax (702) 366- 1331
    *Attorneys for Plaintiffs*                            /s/
13                                             **CATHERINE CORTEZ MASTO**
                                               Attorney General
14          /s/                                C. WAYNE HOWLE
15  Nick D. Crosby                             Solicitor General
    Nevada Bar No. 8996                        Nevada Bar No. 3443
16  10001 Park Run Drive                       100 N. Carson Street
    Las Vegas, NV 89145                        Carson City, Nevada 89701
17  Telephone (702) 382-0711                   Telephone 775-684-1227
    Fax (702) 382-5816                         Facsimile 775-684-1108
18  ncrosby@marquisaurbach.com                 *Attorneys for Catherine Cortez Masto*
19  *Attorneys for LVMPD defendants*

20  **IT IS SO ORDERED:**

21

22

23  UNITED STATES DISTRICT COURT JUDGE

24

25  Dated:

26

27

28

JUSTICE COURT, **Las Vegas Township**
CLARK COUNTY, NEVADA

**The State of Nevada**

CASE NO. **17M-13486X**
DEPT. NO. **7**

Plaintiff,

~~F I L E D~~

-vs-

~~AUG FEB 28  P 3: 26~~

**Gerald Lechner**

Defendant.

MOTION TO ~~JUSTICE COURT~~
**issue contempt of court / order**

(complete title to describe relief requested)

DEPUTY

COMES NOW, the ☐ Plaintiff ☒ Defendant in the above-entitled matter and files this Motion for the following reasons:

On Oct.20th, 2017, Justice Court ruled (Judge delayed ruling for 3+ weeks to do extensive research) LVMPD's claims of "zero tolerance" "keep walking" "obstruction" "permit/license req'd" & other abusive methods against public/street performers were invalidated & exposed as lies. On Feb.3rd,2018, while participating in a federally protected labor law protest which was covered by Fox5 news, the same defendant (myself) was unlawfully detained and falsely imprisoned by the SAME officer Christopher O'Connell who perjured himself in my previous trial + approx.10 other LVMPD officers including McFarland - this time w/ escalated brutality while I was engaged in federally protected labor / union protest. They furthermore took me on a 6 hr. journey that had me fearing for my life&safety before delivering me to CCDC, where I was released r.o.r. w/ a CCDC officer asking me if these were NEW officers as "I shouldn't have been brought there for an obstruction of sidewalk ticket" but he stopped talking, as soon as I said "No, it's the same CCDC cops that ALWAYS terrorize us w/ NO VALID REASON". Feb. 3rd, 2018 citation & false arrest even# 180203-2577 / Cost #

I declare under penalty of perjury that the foregoing is true and correct

__02-28-2018__          **Gerald Lechner**          _Gerald Lechner (signature)_   1819 627

(date)                    (type or print name)              (signature)

99x
reviewed
"Maria"

---

**NOTICE OF MOTION**

TO: (Name of Opposing Party) **LVMPD / Sheriff Lombardo et AL 1-4** , and

TO: (Name of attorney for Opposing Party, if any) **Nick Crosby (Attorney at law)**

PLEASE TAKE NOTICE that a hearing on (check one) ☐ Plaintiff's ☐ Defendant's MOTION TO (insert the title of your motion) **issue contempt of court / order** will be held at the Justice Court located at,

in Department **7** , on the **14** day of **march** , 20 **18** , at the hour of

**8** : **00** M.

YOU ARE REQUIRED TO FILE WITH THE COURT AND SERVE ON THE MOVING PARTY A WRITTEN "OPPOSITION" TO THIS MOTION WITHIN 10 (TEN) JUDICIAL DAYS. YOUR FAILURE TO FILE AND SERVE A WRITTEN OPPOSITION MAY BE UNDERSTOOD AS AN ADMISSION THAT

THE MOTION IS VALID, AND MAY RESULT IN THE COURT GRANTING THE RELIEF
REQUESTED IN THE MOTION AGAINST YOU.

_2-29-18_    GERALD LECHNER    (signature)
(date)       (type or print name)

---

### CERTIFICATE OF MAILING

I HEREBY CERTIFY that service of the foregoing MOTION TO: issue contempt of court/ order
was made on (insert date) __02-28__, 20 18 pursuant to JCRCP 5(b) by depositing a
copy of the same in the United States Mail in Las Vegas, NV, postage prepaid, addressed as follows:

(Other party's name) #1)LVMPD / Sheriff Lombardo #2-4)CCAC / Capt. Pelletier / Officer O'Connell / Officer McFarland

(Other party's address) #1)400 S Martin L King Blvd, Las Vegas, NV 89106
#2-4)750 Sierra Vista Drive Las Vegas, Nevada 89169

I declare under penalty of perjury that the foregoing is true and correct

_2-29-18_    GERALD LECHNER    (signature)
(date)       (type or print name)

LVMPD / Sheriff Lombardo et AL 1-4
#1) LVMPD / Sheriff Lombardo -USPS tracking#
#2) CCAC / Capt. Pelletier -USPS tracking#
#3) CCAC Officer O'Connell -USPS tracking#
#4) CCAC Officer McFarland -USPS tracking#

ROC    D.A. office    2/28/18

**MetroPD still terrorizing Public Performers even after JUDGE ruled in our favor w/ proof of PEJURY?!**

I came from Germany/Austria as an int'l student to Seattle. Years later, I started a party-planning business in Vegas 2012.

Now, 6 years later I'm frantically liquidating assets just NOT TO BE HOMELESS due to unlawful Police Harassment! I became a U.S. Citizen to experience 'AMERICAN FREEDOM'.

AND YES, I FEAR FOR MY LIFE MORE THAN EVER AS THAT SEEMS TO HAPPEN FREQUENTLY TO PPL SPEAKING UP ABOUT UNLAWFUL/CRIMINAL BEHAVIOUR BY law officers/authorities.

All that's left of the 500+ usual STRIP PERFORMERS, are maybe 10-20 PERFORMERS who have to have a 'lookout' so they can run & hide not to get falsely imprisoned/robbed of cash & gear/de-humanized by being stripped to underware or forced to sit in human urine by MetroPD.

Every time somebody yells 'Metro'! (CCAC green shirts are the main abusers but there are some yellow/tan) we have to RUN like the People of Jewish origin had to run in 1939 Germany …from SS and Gestapo officers - soo SCARY as we are law abiding citizens with whom the courts/laws are siding & after FILING 4 IAB & 20 FBI complaints which rendered NO follow-ups, we simply do not know where to turn – much like ppl of Jewish Origin had no way to defend themselves.

There should be no reason we have to be treated worse than TERRORISTS — IT'S SICK&CRAZY!!!!

CCAC cops dragged me through court for 4+ mo. for a simple 'obstruction of sidewalk' ticket. In the Sept. 28th. trial Judge Jensen of JC decided to thoroughly research the law & return a verdict on Oct. 20th.

After all facts were presented (especially "MONROE VS. DIST. OF COLUMBIA") & the judge watched body-cams, he was appalled by what he saw & indicated that since these officers lied about other things, he commented on those as well, citing UNLAWFUL TOOLS these officers have been utilizing:

"keep walking" - the claim that there is a 'recently passed ordinance' requiring us to "keep walking" = LIE

"obstruction of sidewalk" - They must prove we interfere w/ up to 10 pedestrians/min. & we have to cause a SIGNIFICANT deterioration of the SIDEWALK in order to be guilty of 'obstruction'…NEVER!

"permit/license required" - FALSE! As per our research w/ county commissioner office and Carson City law library —THERE IS NEITHER SUCH A REQUIREMENT NOR SUCH AN AVAILABILITY (the 1st Amendment is ALL a performer needs)

"zero tolerance" - the officers claim such an absurd law that we have no right to perform on the STRIP/H1 zone

"cannot accept tips" - even LVMPD attorney Nick Crosby is on record acknowledging this is NOT TRUE

After "Santopietro vs. Howell" LVMPD/courts/ county signed the MOU 'memorandum of understanding' which had COUNTY send training staff to LVMPD to demonstrate NOT to harass Public Performers, BUT NOW THEY terrorize performers more than ever!

(much evidence&video corroboration available&luckily also incorporated into the movie 'what happened in vegas part 2'…coming out soon)

WE KNOW THESE OFFICERS ACT IN CONTEMPT OF COURT ORDERS/VERDICTS/JUDGEMENTS, BUT WHEN WE PRESENT SUCH EVEDENCE, or show them our UNION ID's/Weingarten rights/ask for Union Rep. and/or their supervisor - They say "you have no such rights" "THAT MEANS NOTHING" & THEY THROW IT DOWN ON THE SIDEWALK they say "that JUDGE doesn't know what he's talking about"…"but BONEVENTURE does", who apparently is their 'designated judge' in a court which our Union describes as an UNLAWFUL TRIBUNAL & DEFACTO COURT which even lacks req'd U.S. Flags.

WE NEED HELP DEFENDING OURSELVES AGAINST THIS ESCALATING POLICE-BRUTALITY/ABUSE/MALICIOUS PROSECUTION……LAST WEEK THEY HAD 40 COPS SHAKING US DOWN …..EVEN STATE TROOPERS/HIGHWAY PATROL!(reported by public performers) SOME OF WHOM INDICATED TO SOME PERFORMERS that THEY didn't agree with what was happening here--bbbbbbut they have orders!

Commercial cops (CCAC station on Swenson&Sierra Vista which is paid for w/ commercial casino NOT PUBLIC funds & on their BOARD OF DIRECTORS sit the 'who is who' of public performer haters incl. head of Ceasars, topHat at Mandalay Bay, Steve Wynn, Ricky Barlow, the Mayor……& some of them have been recently indicted of federal corruption charges or stepped down due to prolific sexual harassment accusations)

NOW THEY NOT ONLY GIVE US MORE TICKETS BUT YANK OUR PHONES OUT OF OUR HANDS SO WE CANNOT FILM THEIR ATROCITIES. THEY FALSELY IMPRISON US & VIA 4TH AMEND. VIOLATIONS TAKE OUR GEAR !

One Drummer ZRAUS told us they took all his $$$ multiple times & just put it in their pocket saying 'BOYYY U DONE GOOD TODAY'…bonus time!) took as much as $207 from him in multiple instances & threw all his gear repeatedly.

THEY HAVE UNLAWFULLY TAKEN $831 & $35k+ of my property (surveillance footage filmed IS currently processed by multiple filmmakers & journalists)

THEY HAVE TACKLED SHOWGIRLS & dragged into a dark room(needless to say these showgirls feared for their lives & are too scared to perform again--witnesses avail.).

Feb.3rd they just put us in CUFFS & took all our money and $5000 in costumes while we participated in a federally protected protest against this abuse(signs etc.).

They(12+) just surrounded our team of 6 heroes & said 'we are under arrest for OBSTRUCTION'—a phantom offense which we just beat in court, and now instead of just giving us a 'citation' they put us in handcuffs AT THE END OF OUR FEB. 3RD, 2018 PROTEST WHICH WAS FEATURED ON FOX 5 NEWS.

Then, as myself, Gerald Lechner, a 'triple-threat':performer/costume caterer/UnionActivist, am high on their "get rid of all public performers" target list, they extorted statements out of the ppl I rented a costume to. They told them (even the 2 who had warrants that they would tear up their 'infraction tickets' & 'not take them to jail' as long as they wrote info about me[all too scared to perform again///witnesses avail.)

They took me on a 6 hour journey that left me fearing for my life [supposed to deliver a detainee in 1 hr to CCDC?] They drove me to an abandoned parking lot..I prayed they won't murder me, an imminent realistic fear as their brutality keeps escalating]

The ONLY time we had protection from unlawful citations/false imprisonment is when Michael T. Moore (UnionPresident/GeneralCounsel/ESQ.) was present.

theSLAVEUNIONlocal69@aol.com Michael T. Moore forbesentgroup@gmail.com Gerald Lechner

Case: 2:19-cv-00363-RFB-BNW   Document 1   Filed 04/12/19   Page 24 of 32

JUSTICE COURT, **Las Vegas Township**
CLARK COUNTY, NEVADA

**The State of Nevada** )
                                            )   CASE NO. **17M-13486X**
                    Plaintiff,          )   DEPT. NO. 7
                                            )
        -vs-                            )
                                            )
**Gerald Lechner**             )
                                            )
                    Defendant.       )   **MOTION TO**
                                            )   RECONSIDER issue contempt of court / order
                                            )   (complete title to describe relief requested)

COMES NOW, the ☐ Plaintiff ☒ Defendant in the above-entitled matter and files this Motion for the following reasons: **(continuation page includes comprehensive synopsis)**

10.20.17. JC ruled (Judge delayed ruling for 3+ weeks to do extensive research) LVMPD's claims of "zero tolerance" "keep walking" "obstruction" "permit/license req'd" & other abusive methods against public performers were invalidated & exposed as lies. On Feb.3rd,2018, while participating in a federally-protected labor-law-protest which was covered by Fox5-news, the same defendant (myself) was unlawfully detained and falsely imprisoned, as soon as the cameras left, by the SAME officer O'Connell who perjured himself in my previous trial + approx. 10 other LVMPD cops incl. McFarland - this time w/ escalated brutality. I was unlawfully detained for 6 hours (I feared for my life/safety) before being delivered to CCDC, where I was released ROR. Their own body-cam footage will prove that (#1) I was NOT EVEN performing as I was continuing the protest of 2 signs (#2) Anticipating their unlawful approach in retaliation to the protest. I volunteered as 'film documenter' for the hero team (#3)LVMPD cops lied, stating they observed our superhero team 'obstruct' many ppl (video will prove beyond doubt this is a LIE) (#4)LVMPD statements during body-cam footage will include the following statement (unless or until this footage 'magically disappears) when I presented the Oct.20th,2017 JC ruling - "That judge doesn't KNOW WHAT HE IS TALKING ABOUT" - THE UTMOST DISRESPECT TOWARDS THIS COURT. The commensurate action requested is to bring back the same judge of the original ruling who commented on multiple LIES by the testifying LVMPD cops (summarized on page 11 of Oct.20th,2017 ruling / last paragraph) as defecating intently on the honorable William D. Jansen's prior ruling &could it be truly be condoned or excused. Critical concerns of this matter's previous 'lack of jurisdiction' basis 03.14.18 by Judge Karen P. Bennett-Haron cannot possibly apply if the same Judge William T. Jensen returns for a ruling. Also, during the 03.14.18 'Motion for Contempt Hearing', I have a hard time understanding why when I arrived back home I received an 'Opposition to motion'(mail). Isn't it proper procedure that these court documents be handed to me in open court by 'opposing counsel' or 'court 'bailiff' or 'Anybody'? Also, the Judge's reply to my inquiry as to 'How are law-abiding citizens supposed to get justice here' being 'Welcome to LasVegas' at aforementioned hearing seems quite revelatory of the terrorizing state of affairs where unlimited abusive power is lent to maliciously prosecuting LVMPD cops unlawful actions. This very court ruled on the EXACT SAME SCENARIO (all necessary proof is in 'discovery' body-cam footage). The honorable William D. Jansen has seen the previous body-cam footage & THIS NEW body-cam footage will show duplicate unlawful approach of the previous case - but much more appalling (clearly in defiance of previous ruling/order)

I declare under penalty of perjury that the foregoing is true and correct. 02-03-18 event #LLV180203002577

**03-28-2018**                      **Gerald Lechner**
(date)                              (type or print name)                    (signature)

---

**NOTICE OF MOTION**

TO: (Name of Opposing Party) **LVMPD / Sheriff Lombardo et AL 1-4** ; and

TO: (Name of attorney for Opposing Party, if any) **MARQUIS/AURBACH/COFFING**

PLEASE TAKE NOTICE that a hearing on (check one) G Plaintiff's G Defendant's MOTION TO (insert the title of your motion) **RECONSIDER issue contempt of court / order** will be held at the Justice Court located at:

in Department **7** , on the **17** day of **APR** , 20 **18** , at the hour of **8 A** M.

**YOU ARE REQUIRED TO FILE WITH THE COURT AND SERVE ON THE MOVING PARTY A WRITTEN "OPPOSITION" TO THIS MOTION WITHIN 10 (TEN) JUDICIAL DAYS. YOUR FAILURE TO FILE AND SERVE A WRITTEN OPPOSITION MAY BE UNDERSTOOD AS AN ADMISSION THAT**

1

THE MOTION IS VALID, AND MAY RESULT IN THE COURT GRANTING THE RELIEF REQUESTED IN THE MOTION AGAINST YOU.

| 03-28-18 | Gerald Lechner | |
| --- | --- | --- |
| (date) | (type or print name) | (signature) |

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that service of the foregoing MOTION TO LVMPD / Sheriff Lombardo et AL 1-4 was made on (insert date) **03-23**, 20**18**, pursuant to JCRCP 5(b) by depositing a copy of the same in the United States Mail in Las Vegas, NV, postage prepaid, addressed as follows:

(Other party's name) #1)LVMPD / Sheriff Lombardo #2-4)CCAC / Capt. Pelletier / Officer O'Connell / Officer McFarland

(Other party's address) #1)400 S Martin L King Blvd, Las Vegas, NV 89106
#2-4)750 Sierra Vista Drive Las Vegas, Nevada 89169

I declare under penalty of perjury that the foregoing is true and correct.

| 03-28-18 | Gerald Lechner | |
| --- | --- | --- |
| (date) | (type or print name) | (signature) |

LVMPD / Sheriff Lombardo et AL 1-4
#1) LVMPD / Sheriff Lombardo -USPS tracking#
#2) CCAC / Capt. Pelletier -USPS tracking#
#3) CCAC Officer O'Connell -USPS tracking#
#4) CCAC Officer McFarland -USPS tracking#

ROC     D.A. office   Date   3/28/18

## (Continuation page)

10.20.17, JC ruled (Judge delayed ruling for 3+ weeks to do extensive research) LVMPD's claims of "zero tolerance" "keep walking" "obstruction" "permit/license req'd" & other abusive methods against public performers were invalidated & exposed as lies. On Feb.3rd,2018, while participating in a federally protected labor-law protest which was covered by Fox5 news, the same defendant (myself) was unlawfully detained and falsely imprisoned, as soon as the cameras left, by the SAME officer Christopher O'Connell who perjured himself in my previous trial + approx.10 other LVMPD cops incl. McFarland – this time w/ escalated brutality. I was unlawfully detained for 6 hours (I feared for my life&safety) before being delivered to CCDC, where I was released ROR. Their own body-cam footage will prove that #1)I was NOT EVEN performing as I was continuing the 'protest' w/ 2 signs #2) Anticipating their unlawful approach in retaliation to the protest, I volunteered as 'film-documenter' for the hero team  #3)LVMPD cops lied, stating they observed our superhero team 'obstruct' many ppl (video will prove beyond doubt this is a LIE) #4)LVMPD statements during body-cam footage will include the following statement (unless or until this footage 'magically' disappears) when I presented the Oct.20th,2017 JC ruling: "That judge doesn't KNOW WHAT HE IS TALKING ABOUT" - THE UTMOST DISRESPECT TOWARDS THIS COURT. The commensurate action requested is to bring back the same judge of the original ruling who commented on multiple LIES by the testifying LVMPD cops (summarized on page 11 of Oct.20th,2017 ruling / last paragraph) as defecating intently on the honorable William D. Jansen's prior ruling should in no way be condoned or excused. Critical concerns of this motion's previous 'lack of jurisdiction' basis 03.14.18 by Judge Karen P. Bennett-Haron cannot possibly apply if the same Judge William Jansen returns for a ruling. Also, during the 03.14.18 'Motion for Contempt Hearing', I have a hard time understanding why when I arrived back home I received an 'Opposition to motion'(mail). Isn't it proper procedure that these court-documents be handed to me in open court by 'opposing counsel' or 'court' 'bailiff' or 'Anybody'? Also, the Judge's reply to my inquiry as to 'How are law-abiding citizens supposed to get justice here' being 'Welcome to LasVegas' at aforementioned hearing seems quite revelatory of the terrorizing state of affairs where unlimited abusive power is lent to maliciously prosecuting LVMPD cop's unlawful actions. This very court ruled on the EXACT SAME SCENARIO (all necessary proof is in 'discovery' body-cam footage). THIS TIME in addition to receiving a duplicate infraction of 'obstruction',  they also robbed me of all my cash I carried as well as all my 'tools of the trade' (OVER $5,000.00) + extorted statements about me from the other heroes on the team in exchange for promising them they won't go to jail & their ticket will get 'destroyed' (even the 2 heroes who had WARRANTS!) + CONJOLED the UA SHOWCASE SECURITY into breaching their parking garage pass contract with me & instruct them to report the presence of ANY public performers so they can brutalize them.

Discovery will CLEARLY PROVE this was a DUPLICATE incidence as the previous case, just SIGNIFICANTLY MORE BRUTAL – THEY lie/intimidate/make up phantom laws&ordinances/de-humanize us/force strip us to underwear/force-sit in human urine(proof will be provided of all those disgusting atrocities).

These officers know EXACTLY they cannot defend their despicable actions in front of the honorable William D Jansen.

I ask for the court to hear the arguments. If they can validate their witch-hunt tactics & show that my arguments are a 'figment of my imagination' – unlikely but so 'be' it.

What if they started showing up in the court house saying 'illegal robes & illegal gavels' & use that excuse to rob court staff of all their belongings – that's what they are doing to us eventhough we commit NO CRIMES. They commit crimes against us.

This is Justice Court & William D. Janson's jurisdiction.

## Weingarten Rights

"If this discussion could in any way lead to my being disciplined or terminated, or affect my personal working conditions, I respectfully request that my union representative, officer, or steward be present at this meeting. Until my representative arrives, I choose not to participate in this discussion."

LAS VEGAS STRIP & FREMONT
PUBLIC PERFORMING IS
NOT A CRIME !

WARNING
to POLICE

Obey your
OATH to

1st Amendment of the U.S.
CONSTITUTION
is the "Only" permit needed to
perform in
public & quasi-public property.

support the
CONSTITUTION

I'm performing in order to "Communicate with the
Public" If you interfere with my performing, I
demand my union-legal representative be present

Union member:            Date 5-11-17
Name: Gerald Lechner

Is authorized by

                             5-11-17
Michael T. Moore    Date
President &
General Counsel

as an official "UNION STEWART"

for

Sonic Laborers &
Visual Entertainment Union

Exhibit 1

**TO:** ALL LAW ENFORCEMENT, PROPERTY OWNERS / MANAGERS, AND THEIR AGENTS

**RE:** ACCESS RIGHTS OF UNIONS, REPRESENTATIVES, STEWARDS, AND UNION MEMBERS

**FROM:** THE SONIC LABORERS AND VISUAL ENTERTAINERS UNION

Arresting, harassing, threatening, or removing union agents and union members is likely to subject you to serious financial liability. In <u>Robins v. Pruneyard Shopping Center</u>, the California Supreme Court held that the state constitution gives citizens a right to solicit on private shopping center property, quasi-public property, and public property. The Las Vegas Strip and Fremont Street fall under this and other court rulings. This right has been explained in several cases:

1. People exercising the freedom of the 1st Amendment cannot be limited to one section of a mall, sidewalk, or pedestrian bridge or walkway.
2. The union can get a court injunction or sue for false arrest and issuing of "phantom law" tickets.
3. Public performers, leafletters, hand-billers, and promoters have the same rights as petition gatherers, religious organizations, street preachers, and non-profit charities.
4. The content of any communication with the public – be it written, spoken, or visual – or size or area of the sidewalk, mall, store front, or pedestrian bridge does not affect one's right of access.
5. The Supreme Court has ruled that no person or group needs prior permission and/or consent at any time to communicate with the public under freedom of the 1st.
6. The content of any public performance is not subject to controls by law enforcement, which means use of amplifiers, bull horns, signs, handbills / written materials, singers, music, or speaking. It is the performer's right to choose their method of communication, instruments, and equipment (i.e., sealed batteries and wheeled cases) necessary to allow access and sufficient not to be suffocated and suppressed by ambient noise and/or commercial speech as "expressive speech" right is guaranteed by the freedom of the 1st and comes before commercial in public.

**The United Nations Universal Declaration of Human Rights and The National Labor Relations Act, along with state constitutions also give unionists many access rights, such as:**

1. Communicating, public performing, leafletting, picketing on private parking lots and at building entrances even on each side of the entrance.
2. Communicating with the public and solicitation at restaurants, food courts, and open areas inside malls, casinos, and other businesses where there is more than one licensed business or franchised establishment as the walkways inside constitute quasi-public property.
3. Restroom access is a basic human need. Most casinos stipulated when the pedestrian bridges were constructed about ten years ago that their restrooms would be public access so that the casinos could profit from increased foot traffic from outside when Clark County withdrew construction of public restrooms under the pedestrian bridges' anchor sections. Denial of public performers' restroom access is possibly a violation of federal law as "class discrimination profiling" and is un-American as public performers

## The Sonic Laborers and Visual Entertainers Union

**Re:** **Conclusion of Law by Justice of the Peace Tempore William Jansen 10/20/2017**
**The State of Nevada Vs. Gerald Lechner**
**Case # 17M-13486X**

**To:** **Sheriff Lombardo, Metropolitan Police Officers and C.C.A.**
**C Officers who are   risking contempt of court.**

Gerald Lechner      **The public performer you are conducting a police stop with on the Las Vegas Strip Sidewalk and/or pedestrian bridges is a member of The Sonic Laborers and Visual Entertainers Union and is engaging in lawful public performance protected by the 1st Amendment, Burger Vs. Seattle, Santopietro, Monroe vs. District of Columbia and now as of October 20th, 2017 in the Clark County Court decision of Lechner vs. The State of Nevada.**

**This union member is also protected under Federal Law known as the Weingarten Rights. Since the issuing of any ticket or arrest can result in the wrongful termination/constructive discharge of this members public performance and cause undue economic hardship against this performers livlihood, this union member is invoking their Weingarten Rights to have a union representative present before any more questions are asked.**

**This is their right and denying them representation is a violation of Federal Law.**

**With the above cited cases noted in this legal warning, if you still insist upon issuing any ticket and/or arrest, you may be in *"Criminal Contempt of Court and Judges Orders"* protecting this union members right to perform on the Las Vegas Strip sidewalks and/or pedestrian bridges and Fremont Street.**

**Please contact your supervisors for advisement on how to proceed.**

X _____                                    11/13/2017
                                                             _____
**Michael T. Moore**                                            **Date**
**President & General Counsel**
**The Sonic Laborers and Visual Entertainers Union**
**8174 Las Vegas Blvd, South**
**Suite 109- Unit 131**
**Las Vegas, Nevada 89123**
**(702) 824-8342**



REPLICA costume of the COLOSSIFYER from Deadpolestar Superhero movie (was approx. 4ft wide/7+ft tall (you look out of the chest)
Before photo (I had just received it back from a complete custom update job / before officers destroyed it) returned to me after 380+ days



'Before' photo (The green monsta/hulkster costume had also just recently been beatifully restored)



REPLICA costume of green monsta/hulkster costume received after 20+ days (after court said to return it IMMEDIATELY) - warped/dilapidated arms/unuseable head



After destruction: Boot for size reference
(it was compacted into an approx. 2.5ft.x3ft. bag)



These are just 2 examples of many missing and destroyed items (I estimate that most of returned inventory is missing, deformed or destroyed)

# NO obstruction

EXHIBIT



# 1 picture = 1000 words (setting CIVIL RIGHTS back DECADES)

Exhibit F



Exhibit N