**Marquis Aurbach**
Nick D. Crosby, Esq.
Nevada Bar No. 8996
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ncrosby@maclaw.com
jnichols@maclaw.com
   Attorneys for Defendants LVMPD, Christopher R. O'Connell,
   Clint W. Owensby, Jonathan M. Riddle, Christopher J. Kopf,
   Dillon A. Wedewer and Andre A. McFarland

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GERALD R. LECHNER, an individual, | Case Number: 2:19-cv-00638-RFB-VCF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND JOINT PRETRIAL ORDER DEADLINE** |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, CHRISTOPHER R. O'CONNELL, in his individual and official capacities, & CLINT W. OWENSBY, in his individual and official capacities, & JONATHAN M. RIDDLE, in his individual and official capacities, & CHRISTOPHER J. KOPF, in his individual and official capacities, & DILLON A. WEDEWER, in his individual and official capacities, & ANDRE A. MCFARLAND, in his individual and official capacities, | **(FIRST REQUEST)** |
| Defendants. | |

The Parties, by and through their undersigned counsel of record, and hereby agree and jointly stipulate that the Joint Pretrial Order [ECF No. 150], currently due on October 20, 2023, be extended to and including Friday, November 3, 2023.

Plaintiff is responsible for initiating and preparing the Joint Pretrial Order. Due to the fact that Plaintiff is not signed up for electronic service, he did not immediately receive notice of the Court's summary judgment ruling. The parties met and conferred on October 17, 2023 but Plaintiff needs additional time prepare the Joint Pretrial Order. Additionally,

MAC:14687-128 5259877_1 10/20/2023 7:53 AM

counsel for Defendants has been in multiple depositions and needs additional time to review the file for purposes of the Joint Pretrial Order. As such, the Parties respectfully request a 14-day extension of the deadline to submit the Joint Pretrial Order. This request for extension is made in good faith and necessary to provide additional time for preparation of the Joint Pretrial Order and not for the purposes of delay.

WHEREFORE, the parties respectfully request that the Joint Pretrial Order be extended to and including Friday, November 3, 2023.

DATED this 20th day of October, 2023

By:  /s/ Gerald R. Lechner
    Gerald R. Lechner
    246 Highgate Street
    Henderson, Nevada 89074
    *Plaintiff Pro Per*

DATED this 20th day of October, 2023
MARQUIS AURBACH

By:  /s/ Jackie V. Nichols
    Nick D. Crosby, Esq.
    Nevada Bar No. 8996
    Jackie V. Nichols, Esq.
    Nevada Bar No. 14246
    10001 Park Run Drive
    Las Vegas, Nevada 89145
    Attorneys for Defendants LVMPD,
    Christopher R. O'Connell, Clint W.
    Owensby, Jonathan M. Riddle,
    Christopher J. Kopf, Dillon A. Wedewer
    and Andre A. McFarland

## ORDER

The above Stipulation is hereby GRANTED.

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: October 23, 2023

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **STIPULATION AND ORDER TO EXTEND JOINT PRETRIAL ORDER DEADLINE (FIRST REQUEST)** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 20th day of October, 2023.

☒ I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

☒ I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

Gerald R. Lechner
246 Highgate Street
Henderson, Nevada 89074
*Plaintiff Pro Per*

/s/ Krista Busch
An employee of Marquis Aurbach

MAC:14687-128 5259877_1 10/20/2023 7:53 AM