**Marquis Aurbach**
Nick D. Crosby, Esq.
Nevada Bar No. 8996
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ncrosby@maclaw.com
jnichols@maclaw.com
    Attorneys for Defendants LVMPD, Christopher R. O'Connell,
    Clint W. Owensby, Jonathan M. Riddle, Christopher J. Kopf,
    Dillon A. Wedewer and Andre A. McFarland

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GERALD R. LECHNER, an individual,<br><br>                              Plaintiff,<br><br>          vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, CHRISTOPHER R. O'CONNELL, in his individual and official capacities, & CLINT W. OWENSBY, in his individual and official capacities, & JONATHAN M. RIDDLE, in his individual and official capacities, & CHRISTOPHER J. KOPF, in his individual and official capacities, & DILLON A. WEDEWER, in his individual and official capacities, & ANDRE A. MCFARLAND, in his individual and official capacities,<br><br>                              Defendants. | Case Number:<br>2:19-cv-00638-RFB-VCF<br><br><br>**STIPULATION AND ORDER TO EXTEND JOINT PRETRIAL ORDER DEADLINE**<br><br>**(SECOND REQUEST)** |

The Parties, by and through their undersigned counsel of record, and hereby agree and jointly stipulate that the Joint Pretrial Order [ECF No. 153], currently due on November 3, 2023, be extended to and including Monday, December 4, 2023.

Plaintiff is responsible for initiating and preparing the Joint Pretrial Order. Due to the fact that Plaintiff is not signed up for electronic service, he did not immediately receive notice of the Court's summary judgment ruling. The parties have had communications but Plaintiff needs additional time prepare the Joint Pretrial Order. Additionally, counsel for

MAC:14687-128 5275731_1 11/3/2023 12:23 PM

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

Defendants has been in multiple depositions and needs additional time to review the file for purposes of the Joint Pretrial Order.  As such, the Parties respectfully request a 30-day extension of the deadline to submit the Joint Pretrial Order.  This request for extension is made in good faith and necessary to provide additional time for preparation of the Joint Pretrial Order and not for the purposes of delay.

WHEREFORE, the parties respectfully request that the Joint Pretrial Order be extended to and including Monday, December 4, 2023.

DATED this 3rd day of November, 2023

By: ___/s/ Gerald R. Lechner_____
    Gerald R. Lechner
    246 Highgate Street
    Henderson, Nevada 89074
    *Plaintiff Pro Per*

DATED this 3rd day of November, 2023
MARQUIS AURBACH

By: ___/s/ Jackie V. Nichols_____
    Nick D. Crosby, Esq.
    Nevada Bar No. 8996
    Jackie V. Nichols, Esq.
    Nevada Bar No. 14246
    10001 Park Run Drive
    Las Vegas, Nevada 89145
    Attorneys for Defendants LVMPD,
    Christopher R. O'Connell, Clint W.
    Owensby, Jonathan M. Riddle,
    Christopher J. Kopf, Dillon A. Wedewer
    and Andre A. McFarland

## ORDER

The above Stipulation is hereby GRANTED.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 11-3-2023
_____

MAC:14687-128 5275731_1 11/3/2023 12:23 PM

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing **STIPULATION AND ORDER TO EXTEND JOINT PRETRIAL ORDER DEADLINE (SECOND REQUEST)** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 3rd day of November, 2023.

☒      I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

☒      I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

Gerald R. Lechner
246 Highgate Street
Henderson, Nevada 89074
*Plaintiff Pro Per*


/s/ Krista Busch
An employee of Marquis Aurbach

**MARQUIS AURBACH**
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:14687-128 5275731_1 11/3/2023 12:23 PM