UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Gerald R. Lechner,<br><br>　　　　　　Plaintiff(s),<br><br>v.<br><br>Las Vegas Metropolitan Police Department, et al.,<br><br>　　　　　　Defendant(s). | 2:19-cv-00638-RFB-VCF<br><br>**ORDER** |

Before the court is the motion to extend time to file joint pretrial order. ECF NO. 159. LVMPD defendants filed a notice of non-opposition. ECF No. 160.

Accordingly,

IT IS HEREBY ORDERED that Lechner's motion to extend time to file joint pretrial order, is GRANTED. The deadline to submit the proposed joint pretrial order is extended to January 18, 2024.

DATED this 5th day of December 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE