**Marquis Aurbach**
Nick D. Crosby, Esq.
Nevada Bar No. 8996
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ncrosby@maclaw.com
jnichols@maclaw.com
   Attorneys for Defendants LVMPD, Christopher R. O'Connell,
   Clint W. Owensby, Jonathan M. Riddle, Christopher J. Kopf,
   Dillon A. Wedewer and Andre A. McFarland

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GERALD R. LECHNER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, CHRISTOPHER R. O'CONNELL, in his individual and official capacities, & CLINT W. OWENSBY, in his individual and official capacities, & JONATHAN M. RIDDLE, in his individual and official capacities, & CHRISTOPHER J. KOPF, in his individual and official capacities, & DILLON A. WEDEWER, in his individual and official capacities, & ANDRE A. MCFARLAND, in his individual and official capacities,<br><br>Defendants. | Case Number:<br>2:19-cv-00638-RFB-MDC<br><br><br>**STIPULATION AND ORDER TO EXTEND JOINT PRETRIAL ORDER DEADLINE**<br><br>**(FOURTH REQUEST)** |

The Parties, by and through their undersigned counsel of record, and hereby agree and jointly stipulate that the Joint Pretrial Order [ECF No. 161], currently due on January 18, 2024, be extended to and including Thursday, February 1, 2024.

Plaintiff is responsible for initiating and preparing the Joint Pretrial Order. Due to the fact that Plaintiff is not signed up for electronic service, he did not immediately receive notice of the Court's summary judgment ruling. The parties have had communications and Plaintiff recently (on January 18, 2024) provided a draft of the Joint Pretrial Order to

*(Left margin vertical text)* MARQUIS AURBACH  10001 Park Run Drive  Las Vegas, Nevada 89145  (702) 382-0711 FAX: (702) 382-5816

MAC:14687-128 5351788_1 1/18/2024 2:04 PM

Defendants' counsel. Counsel for Defendants has several competing deadlines and needs

sufficient time to review and edit the Joint Pretrial Order.  As such, the Parties respectfully

request a 14-day extension of the deadline to submit the Joint Pretrial Order.  This request

for extension is made in good faith and necessary to provide additional time for preparation

of the Joint Pretrial Order and not for the purposes of delay.

WHEREFORE, the parties respectfully request that the Joint Pretrial Order be

extended to and including Thursday, February 1, 2024.

DATED this 18th day of January, 2024          DATED this 18th day of January, 2024

MARQUIS AURBACH

By:  /s/ Gerald R. Lechner                    By:  /s/ Jackie V. Nichols
     Gerald R. Lechner                             Nick D. Crosby, Esq.
     246 Highgate Street                           Nevada Bar No. 8996
     Henderson, Nevada 89074                       Jackie V. Nichols, Esq.
     *Plaintiff Pro Per*                           Nevada Bar No. 14246
                                                   10001 Park Run Drive
                                                   Las Vegas, Nevada 89145
                                                   Attorneys for Defendants LVMPD,
                                                   Christopher R. O'Connell, Clint W.
                                                   Owensby, Jonathan M. Riddle,
                                                   Christopher J. Kopf, Dillon A. Wedewer
                                                   and Andre A. McFarland

## ORDER

The above Stipulation is hereby GRANTED.

IT IS SO ORDERED.

_____

Maximiliano D. Couvillier III

UNITED STATES MAGISTRATE JUDGE

DATED: January 19, 2024

MAC:14687-128 5351788_1 1/18/2024 2:04 PM

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

1

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing **STIPULATION AND ORDER TO EXTEND JOINT PRETRIAL ORDER DEADLINE (FOURTH REQUEST)** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 18th day of January, 2024.

☒      I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

☒      I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

Gerald R. Lechner
246 Highgate Street
Henderson, Nevada 89074
*Plaintiff Pro Per*

/s/ Krista Busch
An employee of Marquis Aurbach

MAC:14687-128 5351788_1 1/18/2024 2:04 PM

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816