Gerald R. Lechner
246 Highgate Street
Henderson, Nevada 89074
Telephone (702) 412-9609
*In Proper Person*

# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Gerald R. Lechner,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, *et al*.<br><br>　　　　Defendant. | Case No.: 2:19-cv-00638-RFB-MDC<br><br>**STIPULATION TO EXTEND TIME TO FILE JOINT PRETRIAL ORDER**<br><br>**(FIFTH REQUEST)** |

### MOTION TO EXTEND TIME TO FILE JOINT PRETRIAL ORDER

Plaintiff Gerald R. Lechner ("Plaintiff") and Defendants, through their respective counsel, respectfully request the Court to extend the deadline for filing the Joint Pretrial Order. [ECF No. 166]. The current deadline for filing the Joint Pretrial Order is February 1, 2024, the parties jointly stipulate that the current deadline be extended to Thursday, February 22, 2024.

The parties completed the exchange of the preliminary pretrial order about two weeks ago. Currently, the Defendants' counsel is reviewing their portions of the pretrial order and will soon submit it to Plaintiff Lechner for final review before submission. Additionally, counsel for the Defendants encountered difficulties in providing the preliminary pretrial order to Plaintiff Lechner for review, as she has been managing a knee injury this week.

**STIPULATION TO EXTEND TIME TO FILE JOINT PRETRIAL ORDER**

1

1  This request for an extension is made in good faith. The extension is sought not for the purposes

2  of delay, but to ensure thorough preparation and submission of a comprehensive and accurate Joint

3  Pretrial Order, reflecting all necessary and agreed-upon pretrial matters.

4  WHEREFORE, the parties respectfully request that the Joint Pretrial Order be extended to

5  Thursday, February 22, 2024.

6  DATED this 31st day of January, 2024    DATED this 31st day of January, 2024

9  By: /s/ Jackie V. Nichols    By: /s/ Gerald R. Lechner
    NICK D. CROSBY              Gerald R. Lechner
    Nevada Bar No. 8996         246 Highgate Street
    JACKIE V. NICHOLS           Henderson, Nevada 89074
    Nevada Bar No. 14246        **Plaintiff in Proper Person**
    MARQUIS AURBACH COFFING
    10001 Park Run Drive
    Las Vegas, Nevada 89145
    **Attorneys for Defendants**
    LVMPD, Christopher R.
    O'Connell, Clint W. Owensby,
    Jonathan M. Riddle, Christopher
    J. Kopf, Dillon A. Wedewer
    and Andre A. McFarland

### ORDER

The above Stipulation is hereby GRANTED.

IT IS SO ORDERED.

_____
Maximiliano D. Couvillier III
UNITED STATES MAGISTRATE JUDGE

DATED: February 2, 2024

**STIPULATION TO EXTEND TIME TO FILE JOINT PRETRIAL ORDER**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing document will be mailed and/ electronically served on the date indicated and to the following party at the addresses listed below:

NICK D. CROSBY
Nevada Bar No. 8996
JACKIE V. NICHOLS
Nevada Bar No. 14246
MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
*Attorneys for Defendants*
LAS VEGAS METROPOLITAN POLICE DEPARTMENT,
CHRISTOPHER R. O'CONNELL,
CLINT W. OWENSBY,
JONATHAN M. RIDDLE,
CHRISTOPHER J. KOPF,
DILLON A. WEDEWER, &
ANDRE A. MCFARLAND

Date: January 31, 2024

By: Gerald R. Lechner

Address:

246 Highgate St.
Henderson, Nevada, 89074

**STIPULATION TO EXTEND TIME TO FILE JOINT PRETRIAL ORDER**

3