**Marquis Aurbach**
Nick D. Crosby, Esq.
Nevada Bar No. 8996
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ncrosby@maclaw.com
jnichols@maclaw.com
   Attorneys for Defendants LVMPD, Christopher R. O'Connell,
   Clint W. Owensby, Jonathan M. Riddle, Christopher J. Kopf,
   Dillon A. Wedewer and Andre A. McFarland

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GERALD R. LECHNER, an individual,<br><br>                 Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, CHRISTOPHER R. O'CONNELL, in his individual and official capacities, & CLINT W. OWENSBY, in his individual and official capacities, & JONATHAN M. RIDDLE, in his individual and official capacities, & CHRISTOPHER J. KOPF, in his individual and official capacities, & DILLON A. WEDEWER, in his individual and official capacities, & ANDRE A. MCFARLAND, in his individual and official capacities,<br><br>                 Defendants. | Case Number:<br>2:19-cv-00638-RFB-MDC<br><br>**STIPULATION AND ORDER TO EXTEND JOINT PRETRIAL ORDER DEADLINE**<br><br>**(SEVENTH REQUEST)** |

The Parties, by and through their undersigned counsel of record, and hereby agree and jointly stipulate that the Joint Pretrial Order [ECF No. 171], currently due on Friday, March 22, 2024, be extended to and including Friday, April 5, 2024.

Plaintiff is responsible for initiating and preparing the Joint Pretrial Order. Due to the fact that Plaintiff is not signed up for electronic service, he did not immediately receive notice of the Court's summary judgment ruling. The parties have had communications and Plaintiff recently (on January 18, 2024) provided a draft of the Joint Pretrial Order to

MAC:14687-128 5422029_1 3/22/2024 1:07 PM

1 Defendants' counsel. Counsel for Defendants has several competing deadlines and provided 2 comments and redline changes to the proposed Joint Pretrial Order on February 19, 2024 to 3 Plaintiff.  The parties are continuing communications, including phone calls to reach a 4 resolution regarding the Joint Pretrial Order.

5      Furthermore, counsel for LVMPD and Officer Salazar was in a three-week trial in 6 the Eighth Judicial District Court, Clark County Nevada, before the honorable Judge Jacob 7 Reynolds from February 20, 204 to March 8, 2024 in the *James M. Herndon v. City Of* 8 *Henderson, et al.* matter (A-21-842739-C).  This hindered the parties ability to effectively 9 communicate about the Joint Pretrial Order.  The parties are working diligently in 10 addressing the joint pre-trial order and continue to work in good faith with one another.

11      As such, the Parties respectfully request a 14-day extension of the deadline to submit 12 the Joint Pretrial Order.  This request for extension is made in good faith and necessary to 13 provide additional time for preparation of the Joint Pretrial Order and not for the purposes of 14 delay.

15 . . .
16 . . .
17 . . .
18 . . .
19 . . .
20 . . .
21 . . .
22 . . .
23 . . .
24 . . .
25 . . .
26 . . .
27 . . .

MAC:14687-128 5422029_1 3/22/2024 1:07 PM

WHEREFORE, the parties respectfully request that the Joint Pretrial Order be extended to and including Friday, April 5, 2024.

DATED this 22nd day of March, 2024

By: /s/ Gerald R. Lechner
Gerald R. Lechner
246 Highgate Street
Henderson, Nevada 89074
*Plaintiff Pro Per*

DATED this 22nd day of March, 2024
MARQUIS AURBACH

By: /s/ Jackie V. Nichols
Nick D. Crosby, Esq.
Nevada Bar No. 8996
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorneys for Defendants LVMPD, Christopher R. O'Connell, Clint W. Owensby, Jonathan M. Riddle, Christopher J. Kopf, Dillon A. Wedewer and Andre A. McFarland

**ORDER**

The above Stipulation is hereby GRANTED.

IT IS SO ORDERED.

_____
Maximiliano D. Couvillier III
UNITED STATES MAGISTRATE JUDGE
DATED: March 26, 2024

MAC:14687-128 5422029_1 3/22/2024 1:07 PM

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **STIPULATION AND ORDER TO EXTEND JOINT PRETRIAL ORDER DEADLINE (SEVENTH REQUEST)** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 22nd day of March, 2024.

☒ I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

☒ I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

Gerald R. Lechner
246 Highgate Street
Henderson, Nevada 89074
*Plaintiff Pro Per*

/s/ Krista Busch
An employee of Marquis Aurbach

Page 4 of 4

MAC:14687-128 5422029_1 3/22/2024 1:07 PM