**Marquis Aurbach**
Nick D. Crosby, Esq.
Nevada Bar No. 8996
Jackie V. Nichols, Esq.
Nevada Bar No. 14246
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ncrosby@maclaw.com
jnichols@maclaw.com
   Attorneys for Defendants LVMPD, Christopher R. O'Connell,
   Clint W. Owensby, Jonathan M. Riddle, Christopher J. Kopf,
   Dillon A. Wedewer and Andre A. McFarland

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GERALD R. LECHNER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, CHRISTOPHER R. O'CONNELL, in his individual and official capacities, & CLINT W. OWENSBY, in his individual and official capacities, & JONATHAN M. RIDDLE, in his individual and official capacities, & CHRISTOPHER J. KOPF, in his individual and official capacities, & DILLON A. WEDEWER, in his individual and official capacities, & ANDRE A. MCFARLAND, in his individual and official capacities,<br><br>Defendants. | Case Number:<br>2:19-cv-00638-RFB-MDC<br><br>**STIPULATION AND ORDER TO EXTEND JOINT PRETRIAL ORDER DEADLINE**<br><br>**(EIGHTH REQUEST)** |

The Parties, by and through their undersigned counsel of record, and hereby agree and jointly stipulate that the Joint Pretrial Order [ECF No. 171], currently due on Friday, April 5, 2024, be extended to and including Friday, April 26, 2024.

Plaintiff is responsible for initiating and preparing the Joint Pretrial Order. Due to the fact that Plaintiff is not signed up for electronic service, he did not immediately receive notice of the Court's summary judgment ruling. The parties have had communications and Plaintiff recently (on January 18, 2024) provided a draft of the Joint Pretrial Order to

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

1  Defendants' counsel. Counsel for Defendants has several competing deadlines and provided
2  comments and redline changes to the proposed Joint Pretrial Order on February 19, 2024 to
3  Plaintiff. The parties are continuing communications, including phone calls to reach a
4  resolution regarding the Joint Pretrial Order.
5       Furthermore, counsel for LVMPD and Officer Salazar was in a three-week trial in
6  the Eighth Judicial District Court, Clark County Nevada, before the honorable Judge Jacob
7  Reynolds from February 20, 204 to March 8, 2024 in the *James M. Herndon v. City Of*
8  *Henderson, et al.* matter (A-21-842739-C). This hindered the parties ability to effectively
9  communicate about the Joint Pretrial Order. The parties are working diligently in
10 addressing the joint pre-trial order and continue to work in good faith with one another.
11 Plaintiff, as pro se, needs additional time to ensure he understands the Local Rules and what
12 is required within the Order. Plaintiff has indicated that he intends on providing an
13 additional draft to defense counsel within the next week.
14      As such, the Parties respectfully request a 21-day extension of the deadline to submit
15 the Joint Pretrial Order. This request for extension is made in good faith and necessary to
16 provide additional time for preparation of the Joint Pretrial Order and not for the purposes of
17 delay.
18 . . .
19 . . .
20 . . .
21 . . .
22 . . .
23 . . .
24 . . .
25 . . .
26 . . .
27 . . .

WHEREFORE, the parties respectfully request that the Joint Pretrial Order be extended to and including Friday, April 26, 2024.

DATED this 4th day of April, 2024     DATED this 4th day of April, 2024

                                          MARQUIS AURBACH

By:    /s/ Gerald R. Lechner           By:    /s/ Jackie V. Nichols
      Gerald R. Lechner                             Nick D. Crosby, Esq.
      246 Highgate Street                         Nevada Bar No. 8996
      Henderson, Nevada 89074               Jackie V. Nichols, Esq.
      *Plaintiff Pro Per*                               Nevada Bar No. 14246
                                                   10001 Park Run Drive
                                                   Las Vegas, Nevada 89145
                                                   Attorneys for Defendants LVMPD, Christopher R. O'Connell, Clint W. Owensby, Jonathan M. Riddle, Christopher J. Kopf, Dillon A. Wedewer and Andre A. McFarland

**ORDER**

The above Stipulation is hereby GRANTED.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
DATED: April 8, 2024

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **STIPULATION AND ORDER TO EXTEND JOINT PRETRIAL ORDER DEADLINE (EIGHTH REQUEST)** with the Clerk of the Court for the United States District Court by using the court's CM/ECF system on the 4th day of April, 2024.

☒ I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

☒ I further certify that some of the participants in the case are not registered CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within 3 calendar days to the following non-CM/ECF participants:

> Gerald R. Lechner
> 246 Highgate Street
> Henderson, Nevada 89074
> *Plaintiff Pro Per*

/s/ Krista Busch
An employee of Marquis Aurbach

**MARQUIS AURBACH**
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711   FAX: (702) 382-5816

MAC:14687-128 5436549_1 4/4/2024 3:28 PM