# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Gerald R Lechner,

              Plaintiff(s),

vs.

LVMPD, *et al.*,

              Defendant(s).

**2:19-cv-00638-RFB-MDC**

**Order**

The *Motion to Withdraw as Attorney* (ECF No. 173) is denied without prejudice. The Motion does not make it clear which counsel from Mr. Ryan's firm remains as counsel of record for MRIO Resorts International Operations, Inc. and whether MRIO Resorts International Operations, Inc. has been advised of Mr. Ryan's request to withdraw.

Accordingly,

**IT IS ORDERED** that the *Motion to Withdraw as Attorney* (ECF No. 173) is DENIED WITHOUT PREJUDICE.

DATED this 9th day of April 2024.

IT IS SO ORDERED.

_____

Hon. Maximiliano D. Couvillier III
United States Magistrate Judge