**Marquis Aurbach**
Nick D. Crosby, Esq.
Nevada Bar No. 8996
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ncrosby@maclaw.com
  Attorneys for Defendants LVMPD, Christopher R. O'Connell,
  Clint W. Owensby, Jonathan M. Riddle, Christopher J. Kopf,
  Dillon A. Wedewer and Andre A. McFarland

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GERALD R. LECHNER, an individual,<br><br>                                Plaintiff,<br><br>    vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT, CHRISTOPHER R. O'CONNELL, in his individual and official capacities, & CLINT W. OWENSBY, in his individual and official capacities, & JONATHAN M. RIDDLE, in his individual and official capacities, & CHRISTOPHER J. KOPF, in his individual and official capacities, & DILLON A. WEDEWER, in his individual and official capacities, & ANDRE A. MCFARLAND, in his individual and official capacities,<br><br>                                Defendants. | Case Number:<br>2:19-cv-00638-RFB-MDC<br><br>**LVMPD DEFENDANTS' MOTION TO REMOVE ATTORNEY FROM SERVICE LIST** |

Defendants Las Vegas Metropolitan Police Department, Christopher R. O'Connell, Clint W. Owensby, Jonathan M. Riddle, Christopher J. Kopf, Dillon A. Wedewer and Andre A. McFarland ("LVMPD Defendants"), by and through their attorneys of record, Marquis Aurbach, respectfully request attorney Jacqueline V. Nichols, Esq. be removed from the CM/ECF service list for the above-captioned matter. Ms. Nichols is no longer with the law

/ / /

/ / /

/ / /

MAC:14687-128 5565750_1 8/5/2024 3:45 PM

**MARQUIS AURBACH**
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

firm of Marquis Aurbach and therefore request the email addresses of jnichols@maclaw.com and kbusch@maclaw.com be removed from the service list.

Dated this 5th day of August, 2024.

MARQUIS AURBACH

By: */s/ Nick D. Crosby*
Nick D. Crosby, Esq.
Nevada Bar No. 8996
10001 Park Run Drive
Las Vegas, Nevada 89145
Attorneys for Defendants LVMPD, Christopher R. O'Connell, Clint W. Owensby, Jonathan M. Riddle, Christopher J. Kopf, Dillon A. Wedewer and Andre A. McFarland

**ORDER**

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
Date: 8/6/2024

MAC:14687-128 5565750_1 8/5/2024 3:45 PM