Gerald R. Lechner
246 Highgate Street
Henderson, Nevada 89074
Telephone (702) 412-9609
*In Proper Person*

# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Gerald R. Lechner,<br><br>       Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT,<br>CHRISTOPHER R. O'CONNELL, in his individual and official capacities, &<br>CLINT W. OWENSBY, in his individual and official capacities, &<br>JONATHAN M. RIDDLE, in his individual and official capacities, &<br>CHRISTOPHER J. KOPF, in his individual and official capacities, &<br>DILLON A. WEDEWER, in his individual and official capacities, & ANDRE A. MCFARLAND,<br>in his individual and official capacities,<br><br>       Defendants. | **Case No.:** 2:19-cv-00638-RFB-MDC<br><br>**STIPULATION AND ORDER TO EXTEND PRETRIAL FILING DEADLINE TWO DAYS**<br><br>**(1ST REQUEST)** |

### STIPULATION AND ORDER TO EXTEND PRETRIAL FILING DEADLINE TWO

### DAYS

Plaintiff Gerald R. Lechner and the LVMPD Defendants jointly move the Court for a two-day

extension of the pretrial filing deadline pursuant to FRCP 6(b) and Local Rule 26-4.

1. The current deadline for pretrial filings is April 4, 2025. [ECF No. 205]. Calendar call is currently scheduled for April 10, 2025.

2. The parties request a (2) **two-day extension**, which would move the pretrial filing deadline to **April 7, 2025**. This requested extension would cover the items outlined in the Court's order, sections (c) through (j). [*Id*.]

3. Additionally good cause exists for this request, because the parties are actively working to finalize jury instructions (including potential stipulations for the majority of them), and Plaintiff seeks to incorporate additional verdict forms. Additionally, Plaintiff has experienced electronic delays that have impacted the ability to finalize and print documents for review.

4. This request is made in good faith and will not affect the trial date of May 5, 2025.

By:    */s/* Gerald R. Lechner

Gerald R. Lechner

246 Highgate Street
Henderson, Nevada 89074
***Plaintiff in Proper Person***

DATED this 3rd day of April, 2025

DATED this 3rd day of April, 2025

By:    */s/* Tabetha J. Steinberg

Nick D. Crosby, Esq.
Nevada bar No. 8996
Tabetha J. Steinberg Esq.
Nevada bar No. 16756
Marquis Aurbach
10001 Park Run Drive
Las Vegas, Nevada 89145
***Attorneys for LVMPD Defendants***

## **ORDER**

The above Stipulation is hereby GRANTED.

IT IS SO ORDERED.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

DATED: This 3rd day of April 2025.