AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

GERALD LECHNER,

                Plaintiff,

v.

LAS VEGAS METROPOLITAN
POLICE DEPT, et al.,

                Defendants.

JUDGMENT IN A CIVIL CASE

Case Number:  2:19-cv-00638-RFB-MDC

[X]  **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**IT IS ORDERED AND ADJUDGED**

In accordance with the Jury's verdict on the following claims:

Claim 1A for malicious prosecution for the May 5, 2017, citation against Defendant O'Connell is found in favor of Defendant O'Connell.

Claim 1B for malicious prosecution for the May 5, 2017, citation against Defendant Owensby is found in favor of Defendant Owensby.

Claim 2A for First Amendment Retaliation for the May 5, 2017, incident against Defendant O'Connell is found in favor of Plaintiff. Plaintiff is awarded $1 in nominal damages.

Claim 2B for First Amendment Retaliation for the May 5, 2017, incident against Defendant Owensby is found in favor of Plaintiff. Plaintiff is awarded $1 in nominal damages.

Claim 3A for Fourth Amendment Unreasonable Seizure for the May 5, 2017, incident against Defendant O'Connell is found in favor of Defendant O'Connell.

Claim 3B for Fourth Amendment Unreasonable Seizure for the May 5, 2017, incident against Defendant Owensby found in favor of Defendant Owensby.

Claim 4A for First Amendment Retaliation for the June 24, 2017, incident against Defendant O'Connell is found in favor of Plaintiff. Plaintiff is awarded $1 in nominal damages.

Claim 4B for First Amendment Retaliation for the June 24, 2017, incident against Defendant McFarland is found in favor of Defendant McFarland.

Claim 5A for Fourth Amendment Unreasonable Seizure for the June 24, 2017, incident against Defendant O'Connell is found in favor of Defendant O'Connell.

AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

Claim 5B for Fourth Amendment Unreasonable Seizure for the June 24, 2017, incident against Defendant McFarland is found in favor of Defendant McFarland.

Claim 6A for First Amendment Retaliation for the February 3, 2018, incident against Defendant O'Connell is found in favor of Plaintiff. Plaintiff is awarded $1 in nominal damages.

Claim 6B for First Amendment Retaliation for the February 3, 2018, incident against Defendant Wedewer is found in favor of Defendant Wedewer.

Claim 7A for Fourth Amendment Unreasonable Seizure for the February 3, 2018, incident against Defendant O'Connell is found in favor of Plaintiff. Plaintiff is awarded $1 in nominal damages.

Claim 7B for Fourth Amendment Unreasonable Seizure for the February 3, 2018, incident against Defendant Wedewer is found in favor of Plaintiff. Plaintiff is awarded $1 in nominal damages.

Claim 8 for Municipality Liability Under Section 1983 against Defendant Las Vegas Metropolitan Police Department is found in favor of Plaintiff. Plaintiff is awarded $10,000 in compensatory damages.

**Judgment is entered on behalf of the Plaintiff in the amount of $10,006.00.**

| | |
|---|---|
| __May 20, 2025__<br>Date | __DEBRA K. KEMPI__<br>Clerk |
| | /s/ D. Reich-Smith<br>Deputy Clerk |