LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
TRAVIS C. STUDDARD
Nevada Bar No. 16454
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
Telephone:   (702) 792-7000
Fax:           (702) 796-7181
landerson@kcnvlaw.com
kkalkowski@kcnvlaw.com
tstuddard@kcnvlaw.com

*Attorneys for LVMPD Defendants*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GERALD R. LECHNER, an individual, | Case No.:   2:19-cv-00638-RFB-MDC |
| Plaintiff, | |
| vs. | **SUBSTITUTION OF ATTORNEYS** |
| LAS VEGAS METROPOLITAN POLICE DEPARTMENT, CHRISTOPHER R. O'CONNELL, in his individual and official capacities, & CLINT W. OWENSBY, in his individual and official capacities, & JONATHAN M. RIDDLE, in his individual and official capacities, & CHRISTOPHER J. KOPF, in his individual and official capacities, & DILLON A. WEDEWER, in his individual and official capacities, & ANDRE A. MCFARLAND, in his individual and official capacities, | |
| Defendants. | |

LYSSA ANDERSON, KRISTOPHER KALKOWSKI and TRAVIS STUDDARD of the

law firm of KAEMPFER CROWELL hereby substitute as attorneys for Defendants, Las Vegas

Metropolitan Police Department, Christopher R. O'Connell, Clint W. Owensby, Jonathan M.

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

6943.343

Page 1 of 4

Riddle, Chrisopher J. Kopf, Dillon A. Wedewer, and Andre A. McFarland (collectively "LVMPD Defendants") in the above-entitled action, in place of Nick D. Crosby, Esq. of the law firm of MARQUIS AURBACH.

DATED this 26th day of March, 2026.

KAEMPFER CROWELL

By: */s/ Lyssa Anderson*
LYSSA S. ANDERSON, ESQ.
Nevada Bar No. 5781
KRISTOPHER KALKOWSKI, ESQ.
Nevada Bar No.  14892
TRAVIS STUDDARD, ESQ.
Nevada Bar No. 16454
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135

***Attorneys for LVMPD Defendants***

DATED this 26th day of March, 2026.

We hereby consent to the substitution.

LVMPD Defendants

By:   */s/ Matthew Christian*
Name:  Matthew Christian
Assistant General Counsel for Las Vegas
Metropolitan Police Department

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

6943.343

Page 2 of 4

We hereby agree to the substitution of Kaempfer Crowell as attorneys for the LVMPD Defendants.

DATED this 26th day of March, 2026.

MARQUIS AURBACH

By:____/s/ Nick Crosby_____
NICK D. CROSBY, ESQ.
Nevada Bar No. 8996
10001 Park Run Drive,
Las Vegas, NV 89145

**ORDER**

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

DATED:____April 23, 2026_____

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

6943.343

Page 3 of 4